# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DAVID G. WALKER and ) | |
| SANDRA R. WALKER, ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION FILE |
| ) | NO. 1:14-CV-04035-CC |
| v. ) | |
| ) | |
| MAC ACQUISITION, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PLAINTIFFS' NOTICE OF FILING TRANSCRIPT FROM THE DEPOSITION OF DANIEL HAL SILCOX III, M.D.

COME NOW Plaintiffs David G. and Sandra R. Walker, by and through their undersigned counsel, and file the transcript from the videotaped deposition of Daniel Hal Silcox III, M.D., taken on August 17, 2016, with Exhibit 1.

Submitted this 24th day of August, 2016.

**TAYLOR ENGLISH DUMA LLP**

*/s/ Foy R. Devine*
FOY R. DEVINE
Georgia Bar No. 219900
KYLE M. BAKER
Georgia Bar No. 455088
1600 Parkwood Circle, Suite 400
Atlanta, Georgia  30339
Telephone:  (770) 434-6868

fdevine@taylorenglish.com
kbaker@taylorenglish.com

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DAVID G. WALKER and SANDRA R. WALKER, ) ) ) | |
| Plaintiffs, ) ) | CIVIL ACTION FILE NO. 1:14-CV-04035-CC |
| v. ) ) | |
| MAC ACQUISITION, LLC, ) ) | |
| Defendant. ) ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing **PLAINTIFFS' NOTICE OF FILING TRANSCRIPT FROM THE DEPOSITION OF DANIEL HAL SILCOX III, M.D.** was electronically filed with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

So certified, this 24th day of August, 2016.

**TAYLOR ENGLISH DUMA LLP**

*/s/ Foy R. Devine*
FOY R. DEVINE
Georgia Bar No. 219900
KYLE M. BAKER
Georgia Bar No. 455088
fdevine@taylorenglish.com
kbaker@taylorenglish.com
*Attorneys for Plaintiffs*