

Deposition of:
# Daniel Silcox III , M.D.

*August 17, 2016*

In the Matter of:

# Walker vs. Mac Acquisitions

Tiffany Alley, A Veritext Company
1075 Peachtree St. NE , Suite 3625
Atlanta, GA, 30309
800.808.4958 | calendar-ga@veritext.com | 770.343.9696

Case 1:14-cv-04035-CC    Document 71-1    Filed 08/24/16    Page 2 of 65

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

Page 1

1               IN THE UNITED STATES DISTRICT COURT

                FOR THE NORTHERN DISTRICT OF GEORGIA

2                      ATLANTA DIVISION

3

         DAVID G. WALKER and

4        SANDRA R. WALKER,

5                Plaintiffs,

                                        Civil Action File No.

6        vs.

                                        1:14-cv-04035-CC

7        MAC ACQUISITION, LLC,

8                Defendant.

9

10

11

12

13

14

15      VIDEOTAPED DEPOSITION OF DANIEL H. SILCOX, III, M.D.

16

17              August 17, 2016 - 4:35 p.m.

18

19              5505 Peachtree Dunwoody Road

20

21                     Suite 600

22

23                  Atlanta, Georgia

24

25              J. David Brown, B-1401

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

Page 2

1                           INDEX OF EXHIBITS

2

3      EXHIBIT        DESCRIPTION                    PAGE

4      Exhibit 1    Dr. Silcox's CV                   6

5

6                       INDEX TO EXAMINATIONS

7                                                    PAGE

8      By Mr. Devine                          5, 44

9      By Ms. Taylor                             42

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                 Page 2

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

Page 3

```
 1      APPEARANCES OF COUNSEL:

 2      On behalf of the Plaintiffs:

 3              FOY R. DEVINE, ESQ.

 4              KYLE M. BAKER, ESQ.

 5              Taylor English Duma LLP

 6              1600 Parkwood Circle

 7              Suite 400

 8              Atlanta, Georgia 30339

 9              770.434.6868

10      On behalf of the Defendant:

11              MELANIE S. TAYLOR, ESQ.

12              Bendin Sumrall & Ladner, LLC

13              1360 Peachtree Street, NE

14              Suite 800, One Midtown Plaza

15              Atlanta, Georgia 30309

16              404.671.3100

17      Also Present:

18              SANDRA R. WALKER

19              DAVID G. WALKER

20              LISA WILKERSON

21              ADAM KOETTER

22              ERVIN FARKAS, Videographer

23

24

25
```

Page 3

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

Page 4

1            (Pursuant to Article 10(B) of the Rules

2      and Regulations of the Georgia Board of Court

3      Reporting, a written disclosure statement was

4      submitted by the court reporter to all counsel

5      present at the proceeding.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

Daniel Silcox III , M.D.                      August 17, 2016
Walker vs. Mac Acquisitions

Page 5

1                    P R O C E E D I N G S

2

3              THE VIDEOGRAPHER:  This is the videotaped

4        deposition of Dr. Daniel Silcox in the case of

5        David Walker and Sandra Walker versus MAC

6        Acquisition, LLC.  Today is Wednesday, August 17th,

7        2016 and the time is 4:35 p.m.  We're now on the

8        video record.

9              All counsel present, please introduce

10      themselves and state whom you represent.

11              MR. DEVINE:  My name is Foy Devine and I

12      represent David and Sandy Walker.

13              MR. BAKER:  My name is Kyle Baker.  I

14      represent the plaintiffs as well.

15              MS. TAYLOR:  My name is Melanie Taylor

16      and I represent the defendant, MAC Acquisitions.

17              THE VIDEOGRAPHER:  You may now swear in

18      the witness.

19              DANIEL HAL SILCOX, III, M.D.,

20      having been first duly sworn, was examined and

21      testified as follows:

22                          EXAMINATION

23      BY MR. DEVINE:

24        Q.   Dr. Silcox, would you give us your full

25      name for the record, please.

Page 5

Daniel Silcox III , M.D.                     August 17, 2016
Walker vs. Mac Acquisitions

Page 6

1          A.    Daniel Hal Silcox, III.

2          Q.    And where did you grow up, sir?

3          A.    I grew up in Gainesville, Georgia.

4          Q.    Could you just briefly give us an

5     overview of your formal education.

6          A.    I received my bachelor of arts degrees at

7     Emory University or Emory College of Emory

8     University in 1983.  Completed my medical doctorate

9     degree at Emory University in 1987.  Completed one

10    year general surgery internship with the Emory

11    affiliated hospitals in 1988 and then finished my

12    orthopedic surgery residency training in 1992 and

13    that again was at the Emory University affiliated

14    hospitals.

15              Practiced one year on the faculty at

16    Emory University School of Medicine and the Emory

17    Clinic.  And then did a one-year spine surgery

18    fellowship again at the Emory University affiliated

19    hospitals.  Completed that in 1994.  And I'm board

20    certified by the American Board of Orthopedic

21    Surgery.  Was originally in 1995.  Been recertified

22    two other times.  And I'm certified through 2025.

23              (Plaintiff's Exhibit 1 marked)

24    BY MR. DEVINE:

25          Q.    Before you is a document that's marked as

Page 6

Daniel Silcox III , M.D.                        August 17, 2016
Walker vs. Mac Acquisitions

Page 7

```
 1      Plaintiff's Exhibit 1 for Silcox.  Do you recognize

 2      that document?

 3           A.   It is my curriculum vitae.  And it needs

 4      updating but it is January 1st, 2015.  And

 5      otherwise it is accurate.

 6           Q.   What additions would need to be made to

 7      bring it up to date?

 8           A.   Some speaking and in-progress research.

 9           Q.   What is your area of specialty within

10      medicine?

11           A.   Orthopedic spinal surgery.

12           Q.   And could you tell the jury in a little

13      bit more detail what you do as an orthopedic spinal

14      surgeon.

15           A.   So I treat all disorders of the spine.

16      Those could be infections, tumors, fractures,

17      degenerative processes which include something

18      called spinal stenosis as well as disc herniations,

19      deformities such as scoliosis, and other

20      deformities that probably are esoteric and not

21      necessarily.  But all forms of spinal problems both

22      surgical and mainly nonsurgical.

23           Q.   And in this particular matter what area

24      of your expertise came into play with regard to

25      David Walker?
```

Page 7

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

Page 8

1          A.   So I treated Mr. Walker for a cervical

2     spine problem or a neck problem.  And how specific

3     do you want me to get with that?  I'm sure you're

4     going to ask me other questions.

5          Q.   Yeah.  I'll elaborate on that.  When did

6     you first -- and feel free to refer to any of the

7     medical records that you have here at Peachtree

8     Orthopaedic Clinic -- but when did you first see

9     Mr. Walker?

10         A.   I first saw Mr. Walker July 26th, 2013.

11         Q.   And how did he come to be a patient of

12    yours at that time?

13         A.   He was a second opinion consultation that

14    was requested by one of my partners, David Schiff.

15         Q.   And what did you understand the nature of

16    Mr. Walker's issues to be?

17         A.   He was complaining of right upper

18    extremity numbness and pain.

19         Q.   And by that would be the right arm,

20    shoulder?  What does right upper extremity mean?

21         A.   That would include anywhere from the neck

22    going down through the shoulder and down the arm to

23    the hand.  He also had a complaint of neck pain as

24    well.

25         Q.   Were you able to review the records to

Page 8

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

Page 9

1      determine what sort of treatment he'd received for

2      that condition and for how long?

3          A.   Yes.  And my note does not tell me how

4      long as far as some of the treatment.  But he had

5      utilized physical therapy, massage, he had had I

6      believe two epidural steroid -- excuse me, two

7      steroid packs as well as epidural steroid

8      injections.  I'm not quite clear as to the number

9      of epidural steroid injections.  I'd have to look

10     back through the notes to verify that.

11          But he had undergone what we would

12     consider to be appropriate treatment for his

13     complaints and those are somewhat algorithmic, so

14     you start with the simplest and you start moving to

15     the more elaborate.  And he was coming to me

16     because he had failed to improve with those

17     conservative types of treatment and Dr. Schiff

18     wanted to see if surgery was an appropriate option

19     for him.

20          Q.   And what did you do to answer the

21     question as to whether surgery was an appropriate

22     option?

23          A.   So the decision to have surgery is based

24     on the patient's symptoms and then also the

25     objective findings which include physical exam

Page 9

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

1      findings as well as those of plain x-rays and MRIs.

2      And so I put him through the physical examination

3      and found that he had some findings consistent with

4      irritated nerve roots on the right side of his

5      cervical spine.

6             Specifically in my notes are something

7      called a Spurling sign which is when we lean the

8      patient's head back and then tilt it to the side.

9      And what that does is it actually closes down the

10     passageway for some of the nerves.  And if it

11     recreates their pain, that is indicative of someone

12     that has an irritated nerve root.

13            He also had some decreased sensation in

14     the right arm in the area of the C6 and C7 nerve

15     roots which basically are these fingers here, a

16     little bit of the fourth finger.  So a very

17     predictable pattern of complaints that fit with the

18     subsequent findings of the MRI which were of what

19     we call disc osteophyte complexes.  That's a term

20     to say that there's some bone spurs and bulging

21     discs that were narrowing the passageways for the

22     nerves on the right-hand side at the C5-6 and C6-7

23     levels.  And you can interject questions as you

24     like in there.

25            Q.   The next question I had is do you have

Tiffany Alley, A Veritext Company

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

Page 11

1        any MRIs that are available to you to help

2        illustrate or help the jury better understand what

3        was going on with Mr. Walker at this time?

4              A.    So I do have an MRI from June of 2013.

5        If you can bring that up.

6              Q.    Tell us what an MRI is while we're doing

7        that.

8              A.    So MRI means magnetic resonance imaging.

9        It is basically is a powerful magnet that makes the

10       atoms -- and I won't get into the specifics -- in

11       our body kind of change direction so that -- anyway

12       it creates a picture of the inside of the body.

13             Q.    You want to pull up the particular image

14       that you believe will help you to better explain

15       what was going on with Mr. Walker in June of 2013.

16             A.    So this is the MRI of Mr. Walker dated

17       June 12th, 2013.  And so can the jury see the

18       picture I'm looking at right now?

19             Q.    Yes.  And where you show the cursor, it

20       serves as a pointer.

21             A.    So this is actually the tongue of

22       Mr. Walker.  This is underneath of his chin, the

23       front of his neck.  This goes down to his chest, so

24       this is the back of his neck.  So it is a side

25       view.  These are the bones in the neck:  C2, C3,

Page 11

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

Page 12

1    C4, C5, C6, C7.  So there's seven cervical

2    vertebrae.  The first one is very hard to see for

3    almost everyone on an MRI.  And then these are the

4    thoracic vertebrae down here.

5         This is the spinal cord, this dark

6    structure that looks like a long snake.  The very

7    bright white around it is called cerebrospinal

8    fluid.  So the spinal cord and the brain, and this

9    is part of the brain called the cerebellum, are all

10   floating in this fluid.

11        The discs are the dark areas in between

12   the bones.  And so the white fluid gives an

13   excellent contrast to see if any disc is actually

14   protruding out.  And what we can actually see

15   here -- and I'll enlarge this -- is that this is C5

16   and this is C6.  You can see how the disc bulges

17   out some here.  Bulges by themselves are not

18   particularly worrisome and they're part of the

19   aging process.

20        As we go to the -- and I'm actually

21   moving the picture and this is slicing through the

22   spine from left to right, so I'm moving towards the

23   right.  You can see the bulge gets a little bigger.

24   And I get out here and you can see bulge of disc.

25   And when I said disc osteophyte, you can see how

Page 12

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

Page 13

1        there's a little white spike of bone because again

2        this is the C7 vertebra.  This is C6.  There's also

3        a little spike of bone off of C6.  And then there

4        are also little bones here at C5-6.

5                The dark here is either disc material or

6        it is bone, but it appears to be more disc-like

7        given the fact that you can see very clearly a bone

8        spur.  But that's going off to the right.  And if

9        we go even further, you can still see this is

10       getting out into what's called a foramen which is a

11       hole that a nerve exits out of.

12               So we'll look at this other picture on

13       the other side.  This is a little harder for most

14       people to understand, but I already told the jury

15       that this area here is the spinal cord and the

16       white around it is fluid.  So this is a

17       cross-sectional view.  This is Mr. Walker --

18       looking at Mr. Walker's neck as if we could cut him

19       in two and look up towards the top of his head.  So

20       this is the front of his body, this is the back of

21       his body, this is the right, and this is the left.

22               And so if we're looking at this, this

23       shows where a nerve is coming out on the right and

24       where a nerve is coming out on the left and the

25       spinal cord is floating in this fluid.  And this

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

Page 14

1      looks completely normal here.  This is up very high

2      in his neck.

3              As we come down we'll see other areas

4      where the nerves are exiting out.  This is at C3-4,

5      so that's the space between the third and the

6      fourth bone.  And we'll come down to C4-5 which is

7      here and we can see the spinal cord.  It looks a

8      little bit different.  It is not quite as oval as

9      it was above.  There's a little bit of narrowing

10     over on the right-hand side and that, again, is

11     probably a bone spur.  It is fairly small.

12             We'll come on down further and we'll get

13     to C5-6 and we'll see that this level there's more

14     bone spur all over here on the right-hand side and

15     there's even a little central bone spur or bulge of

16     the disc that causes the spinal cord to look like

17     it is a little kidney bean maybe instead of a nice

18     oval shape.  I'll go back up to where it looks

19     completely normal, it is oval shaped there.  Come

20     back down to this and it looks a little like a

21     kidney bean.

22             So we come down further to C6-7 and now

23     you can see there's actually a large disc or bone

24     spur protruding on the right-hand side.  Again,

25     this is the right, this is the left.  The spinal

Tiffany Alley, A Veritext Company

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

1        cord is a little bit compressed and displaced

2        there.  And then as we come down further it opens

3        up although there's a little bone spur also seen at

4        C7-T1, so that's the space between the end of the

5        cervical spine and the beginning of the thoracic

6        spine.

7                Q.   Now, were his complaints more on one side

8        than the other?  And if so, which?

9                A.   So again, he presented with complaints of

10       neck pain and right upper extremity numbness and

11       pain.  And so this right-sided pathology or problem

12       is consistent with his complaints.  And even more

13       so the C7 nerve root comes out through this hole

14       that's narrowed at C6-7.  And if I go back up to

15       the C5-6 level, the narrowing here and what looks

16       like maybe even a disc herniation there, the C6

17       nerve root would be irritated at that level and he

18       also has symptoms as well as decreased sensation in

19       the distribution of the C6 nerve root.

20               So ultimately his physical exam findings

21       correlated with irritation of the C6 and the C7

22       nerve roots on the right-hand side and he had

23       radiographic, which meaning the MRI, findings that

24       were consistent with his complaints.  So with those

25       findings and with his history of having failed to

Tiffany Alley, A Veritext Company

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

Page 16

1      improve with conservative care as well as his

2      ongoing symptoms of pain, surgery was an option for

3      him in order to get long-term relief of his

4      symptoms.

5          Q.   What were his other options in say this

6      time frame June, July, August of 2013?

7          A.   So in the most simplistic way he really

8      exercised all options other than continuing to do

9      physical therapy exercises on his own which because

10     at some point seeing the therapist really outlives

11     its practicality.  And/or what that means is

12     basically live with it and just tolerate pain and,

13     you know, that is an option for everyone.

14         Q.   And what advice did you give him

15     regarding the possibility of going forward with

16     surgery after you had done the workup on him?

17         A.   I'm not certain what you're asking.

18         Q.   Well, basically after you had done the

19     workup with him and said what his options are, did

20     you give him any advice or how does that work?  How

21     did that work with Mr. Walker?

22         A.   So I tell all my patients I can't feel

23     your pain, so it is really up to them.  If their

24     pain -- my goal is to educate them as to what I can

25     do and then it is up to them to decide whether they

Tiffany Alley, A Veritext Company

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

1    wish to proceed with surgery or not.  And that's

2    going to be dictated based on your symptoms.  So if

3    your symptoms are bad enough, I presume you'll

4    choose to have surgery.  If your symptoms are not,

5    then my guess is you'll come see me if you need me.

6         Q.   I think your notes show at some point you

7    essentially gave him that option.  And what did he

8    ultimately decide to do?

9         A.   Ultimately he decided to have surgery.

10        Q.   Have we looked at any videotape that

11   fairly and adequately shows the type of surgery

12   that you were proposing for and ultimately did on

13   Mr. Walker in early August of 2013?

14        A.   We have.

15        Q.   I am going to bring up clip number 1 from

16   the surgery and ask you to -- well, first let me

17   ask you before you start, have you had a chance to

18   look at this video and determine whether it fairly

19   and adequately represents the kind of surgery you

20   did with Mr. Walker?

21        A.   I have.  Although what it will show is a

22   single level surgery and he had a two-level

23   surgery.

24        Q.   Well, with that variation does this video

25   fairly and adequately show the type of surgery that

Tiffany Alley, A Veritext Company

Daniel Silcox III , M.D.                August 17, 2016
Walker vs. Mac Acquisitions

Page 18

1      you did with Mr. Walker?

2           A.   Yes.

3           Q.   Let's go ahead and start the clip.

4           A.   Would you like me to narrate?

5           Q.   Yeah.  Tell us if you will what we're

6      looking at.

7           A.   So we are looking at the front of the

8      cervical spine minus all the muscles, arteries,

9      veins, the esophagus, trachea, all the other

10     things.  So we're looking at just the bony anatomy.

11     And then you can see the disc I guess again my

12     cursor shows up here.

13          Q.   Yeah, your cursor will show.

14          A.   These are the disc spaces.  This is

15     considered a relatively normal disc, normal disc,

16     and then this disc has degenerative changes.  The

17     disc is not as tall.  These kind of areas that look

18     like little undulations are actually bone spurs on

19     the front of the spine.

20          Q.   Let's roll and you continue to tell us

21     what we're looking at.

22          A.   So we're getting a closeup view.  These

23     are little pins that are put into the bone to be

24     able to then distract or spread apart the disc

25     space.

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

1        Q.   And what's the purpose of that?

2        A.   So as you can see, it is a -- well, it is

3    a very small space.  Most discs are anywhere from 4

4    to maybe 7 millimeters in height normally.  As the

5    bone spurs and all are created, that space gets

6    even more narrowed.  So we distract the bones to

7    open up the space so we can do the surgery to be

8    able to remove the disc material.

9        Q.   We'll roll on.  Oops, I hit it too hard.

10   Let's let it roll to the end of the clip.  Let's do

11   the second clip then.

12            Tell us what we're looking at here.  Go

13   ahead.

14       A.   So go ahead.  Yeah.  Hit that and

15   we'll -- so this simplifies the surgery as if we

16   could just pick the disc out.  You actually have to

17   excise it.  And then that showed the disc having

18   been removed.  This is an actual intraoperative

19   picture.  This is not Mr. Walker.  This is another

20   patient from Dr. Cornman?

21       Q.   Cornman I think it is.

22       A.   I'm Southern.  I've got marbles in my

23   mouth, so it is sometimes hard for me to say

24   things.

25       Q.   Can you tell us what we're looking at

Tiffany Alley, A Veritext Company

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

1         here.

2             A.    So he's actually excising the actual disc

3         material.  So what you're looking at, this is

4         actually the bone of C5 I believe in this case and

5         this would be C6.  The disc material is in here.

6         And as he moves it, you'll be able to see it is

7         soft tissue.  The disc is soft tissue.  You can see

8         the soft tissue moving.  He's using a scalpel blade

9         to actually cut that out.  And then he'll use

10        what's called a pituitary rongeur to grab the disc

11        material and remove it.

12             This is the animated version of showing

13        removal of bone spurs.  And then he'll actually

14        show dusting off those bone spurs.  This is a

15        little out of order since he already removed disc

16        material.  So typically you can remove the bone

17        spurs when you like.  I usually do it towards the

18        end of the surgery, not at the beginning.  So that

19        is showing now the disc is completely bone.  He's

20        going to --

21             Q.    What is this instrument being used?

22             A.    This is a drill with a little it is a

23        cutting burr on the end.  It actually is going to

24        be able to level out the bone so that the bone

25        graft material used in this particular surgery can

Tiffany Alley, A Veritext Company

Daniel Silcox III , M.D.                     August 17, 2016
Walker vs. Mac Acquisitions

Page 21

1      be set into the disc space.  Because obviously once

2      you remove the disc, something has to go back in

3      place of it.  So in this case they're going to take

4      a piece of bone and put in there.

5              And you want a flush fit between the

6      pieces of bone that exist, namely Mr. Walker's bone

7      in his case, and then the pieces of bone will fit

8      flushly to his bone and the artificial bone or the

9      bone from the patient or in the case of Mr. Walker

10     a plastic polymer spacer will fit flushly to the

11     bone, so keep going and we'll see that.

12             So again they're dusting off the edges of

13     the bone.  He's going to do some more work.  I use

14     a different instrument to do this but the result is

15     the same and that is burning off the ends of the

16     bone and then taking off the last bit of cartilage,

17     cartilaginous material in the back of the disc.

18        Q.   Then we'll pick up with the third clip.

19        A.   So I think in this particular case he's

20     using probably at this point a diamond burr.  So

21     that's like a very, very fine sandpaper.  It is

22     hard for me to tell for certain because the burr is

23     moving.  But he's preparing it and he's going to

24     trial at some point here a spacer.

25        Q.   What's going on?

Page 21

Daniel Silcox III , M.D.                              August 17, 2016
Walker vs. Mac Acquisitions

Page 22

1          A.   He's irrigating there to get rid of what

2     we call the treatis, that is the little shavings

3     and all, you want to get those out of there because

4     they're not viable at that point and it decreases

5     the risk for infection if you'll irrigate that out

6     and get it cleaned out.  So he's just sucking up

7     the irrigant.

8          Q.   Now, what's the white in the bottom of

9     this picture?

10         A.   So this looks like some residual disc

11    material.  So as a surgeon I'm not certain what the

12    initial pathology was, that is the reason for this

13    surgery.  But I wouldn't actually clean all this

14    out myself.  I would leave that back there.  But

15    again, I don't know exactly what the reason for the

16    surgery was other than it looked like it was an

17    unstable disc space.  He's going to take a trowel

18    which is a metal piece and he's trying to size what

19    size piece of bone needs to actually go in there.

20    So again, these are pieces of disc.  I do not see

21    the spinal cord actually exposed through his

22    surgery.

23         Q.   So the spinal cord is below that?

24         A.   Yeah.  So this looks like the posterior

25    longitudinal ligament.  It is a ligament on the

Page 22

Daniel Silcox III , M.D.                August 17, 2016
Walker vs. Mac Acquisitions

Page 23

```
 1      back of the spine that's in between the spine and
 2      the spinal cord.  This just depicts the spacer
 3      going in there, the trial spacer, and it is trying
 4      to match his normal disc height after having burred
 5      off the bone itself.
 6            Q.   It says Proper Distraction there.  What
 7      does that mean?
 8            A.   So again, trying the match up the height
 9      of the disc space to a more normal-looking disc.
10      But obviously he's flattened out the bone so it
11      will not be wedge shape like the normal disc.  It
12      will be more block shape.
13                 So this is the surgeon putting in the
14      piece of bone and he's actually using a small
15      hammer to impact it into the disc space.  But this
16      was the point I was trying to make.  Again, this is
17      a tamp.  So he's actually pushing it into the disc
18      space.  But you can see the flush fit between the
19      two bony surfaces.  That looks very nice.
20            Q.   What are we looking at here?
21            A.   So this is a titanium plate.  So these
22      bones have to grow together.  And bones heal better
23      if they're not moving independently.  So that
24      hence, if you break your arm, you're put into a
25      cast or your leg, you get a metal plate and screws.
```

Page 23

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

Page 24

1          You hold the two broken ends of the bone together

2          so they'll grow together.  And likewise, in a

3          fusion this is holding the bone above and below

4          still to allow this bone graft to incorporate into

5          the existing bone.

6                Q.   And what affixes the plate to the bone?

7                A.   The screws.  So this green here is a

8          screw that's being placed into the vertebral body

9          of C6.  And it will take four screws, two into C6

10         and then two screws will go into C5.

11               Q.   And in Mr. Walker's case how would you

12         compare this plate to the one you used in his

13         surgery?

14               A.   So similar except for obviously this is

15         just immobilizing two bones and he had three bones

16         immobilized, so there would be a longer plate with

17         two extra screw holes.

18               Q.   What's the function of the round piece?

19               A.   In the middle here?

20               Q.   In the middle there, yeah.

21               A.   That's a locking mechanism.  So once

22         these screws are in, they will tighten this down

23         and it will -- there's a little ring there that

24         will actually lay over the screws that were put in

25         to lock them in so they can't back out.  Now, I say

Tiffany Alley, A Veritext Company

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

Page 25

1          can't back out.  Except for what, death and taxes,

2          nothing is guaranteed.  So screws can still back

3          out in spite of that nice little invention.

4                Q.   Now, do you know whether you have an

5          image that shows postsurgically what Mr. Walker has

6          in his neck after you finished?

7                A.   So we have an MRI from ...

8                Q.   I think we're pulling that up for you

9          here.

10                A.   So this is a follow-up MRI dated

11          July 13th, 2015, so almost two years from the time

12          of his surgery.  And so we get similar images to

13          what I was showing the jury before.  So here we

14          have this same image of the slice.  So here's the

15          spinal cord again, here are the vertebra.  And so

16          disc spaces in between and now you can see this is

17          C5.  This has turned into bone C6 and then C6-7 has

18          turned into bone.  The protruding discs are

19          completely gone back here although he does have

20          a -- at that time he was having some other symptoms

21          and he had a disc herniation below at C7-T1.

22                Q.   I'll get into those in just a minute.  Do

23          we have an image that shows the plate that you put

24          in during the surgery?

25                A.   Well, this does.  You have to -- we

Page 25

Tiffany Alley, A Veritext Company

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

Page 26

1      probably do have a plain x-ray, yeah.  I don't know

2      that this will show the -- let me find one here

3      that will be ...

4           Q.   I think that may be it.

5           A.   I was trying to get one a little further

6      out.  This shows the little plate that's, as I

7      said, encompasses three levels.  So this is the

8      screws into C5, 6, and 7.  And this particular

9      picture is about six months after his surgery, so

10     you can see how this is turning into bone inside of

11     the disc space.

12               I think I have one other picture that may

13     be a little bit farther down the line.  Extra

14     pictures in here.  So this actually shows the

15     subsequent fusion that formed how this has

16     completely turned into bone.  So the little spacers

17     or these little markers, the plastic does not

18     really show up otherwise because it is plastic.

19     The metal screws otherwise are shown in the bone

20     and then, as I said, the bone that's been formed

21     and joined together C5, C6, and C7.  So this is a

22     successful fusion.

23          Q.   What's the date of the image you're

24     looking at now, Doctor?

25          A.   August 12th, 2014, so it is right at a

Page 26

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

Page 27

1        year after his surgery.

2            Q.   Now, you mentioned a moment ago that

3        after the surgery you followed him and what did you

4        find was the results of the surgery?

5            A.   So he had improvement following surgery.

6        I have to kind of dig through notes here.  So it

7        looks like follow-up notes from September 11th,

8        2013, which was right after surgery, he was doing

9        relatively well at that point.  Kind of some normal

10       postoperative complaints, still hurting some but

11       his right upper extremity pain was gone.  He was

12       just having mainly neck pain at that point.

13              On October 23rd, 2013, which is a

14       three-month follow-up visit, he continued to have

15       some posterior neck pain and pain in his trapezius

16       which are these muscles up on the shoulders.  He

17       was noticing his range of motion was picking up.

18       And we basically were making him go to physical

19       therapy to improve his range of motion.

20              January 15th, 2014, which is one of the

21       x-rays I showed postoperatively, showed his fusion

22       to be healing well.  He was forming bone well.  And

23       as far as symptoms go, it says that the pain he had

24       had in his neck and his trapezius region had eased

25       up a bit.  That was my PA dictating that.  That's

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

Page 28

1        maybe loose vernacular for being better.

2               And then I think we changed to a

3        different record system, so give me a second to

4        find the note there.  Apologize.  These are not

5        easy to rifle through.

6               I tell you what, I'm going to paraphrase

7        because it is hard to find the dates on all these.

8            Q.   All right.

9            A.   So by and large he did continue to

10       improve.  The one year follow-up I believe he was

11       doing reasonably well.  And then he began to have

12       some increased symptoms of neck pain I believe late

13       in two thousand -- I have to look back here at the

14       date.  May have been early 2015.  Subsequently

15       though he had that other MRI done.

16           Q.   In July of 2015 I believe you said.

17           A.   Or it may have been in August.  Anyway

18       but it was about two years out from his surgery.

19           Q.   Right.

20           A.   And we got an MRI which showed him to

21       have developed a disc herniation at the -- has this

22       got the date?  Yeah.  It was July 13th, 2015, so

23       almost two years out from his surgery and he had

24       developed a small disc herniation at C7-T1.

25           Q.   Now, tell me what that comes from in your

                                              Page 28

Daniel Silcox III , M.D.          August 17, 2016
Walker vs. Mac Acquisitions

Page 29

1        opinion, Doctor.

2              A.    So he did not report any particular

3        injury so --

4              Q.    In 2015?

5              A.    Correct.  So one would have to assume

6        that to some degree the preexisting degenerative

7        changes put him at an increased risk for

8        subsequently through an attritional kind of just

9        wear and tear process he got that small disc

10       herniation.  And he did I believe receive an

11       epidural steroid injection from my partner David

12       Schiff at that time.

13             Q.    And we're going to ask him about that.

14       In your experience is there any effect at all on

15       adjacent joints above and below where a fusion

16       occurs?

17             A.    So the -- yes, there is.  And the medical

18       literature would suggest that there is a risk

19       that's probably in the 10 to 15 percent, maybe even

20       some reports would be even higher than that,

21       20 percent chance that you can get adjacent segment

22       degenerative change, maybe symptomatic, maybe not

23       symptomatic.

24                   So we know that does happen.  As to why

25       it happens is still unclear because -- but there

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

Page 30

```
 1      are artificial discs that exist which retain motion

 2      and yet people wear out above and below artificial

 3      discs as well, so there appears to be some genetic

 4      component that's part of this.  So we don't know

 5      for certain why people will wear out although I

 6      think a lot of us feel the stiffness of a fusion

 7      probably does push the risk to wear out above or

 8      below but it is not clearly understood.

 9           Q.   You mentioned symptomatic and

10      nonsymptomatic.  What do you mean by those terms,

11      if you would elaborate?

12           A.   So again, degenerative changes occur with

13      everyone.  I got gray hairs, you have some.

14      There's a few others who may have some and then a

15      lot of people who don't.  But the point being is we

16      all degenerate, we all wear out.  So x-rays

17      document that well.  But that doesn't mean you

18      necessarily hurt.  So someone who is asymptomatic

19      doesn't hurt but does have degenerative changes.

20      It does also in part the fact that they're perhaps

21      more likely to be injured than someone who doesn't

22      have degenerative changes.

23           Q.   Tell me what you mean by that, someone

24      who's got degenerative changes is more likely to

25      suffer or be hurt than one who doesn't.
```

Tiffany Alley, A Veritext Company

800.808.4958                                      770.343.9696

Daniel Silcox III , M.D.                                   August 17, 2016
Walker vs. Mac Acquisitions

1          A.   Well, I think logic would dictate that to

2     a great degree.  I think when you and I talked

3     earlier I said we don't see old football players

4     playing because they get injured more easily.  And

5     why is that, it is just the wear and tear change to

6     their body through the years they're more

7     susceptible to being injured.  Now, granted they're

8     playing football.  But it even goes for those of us

9     if I go out at age 55 and start doing some really

10    hard yardwork, I'm more likely to herniate a disc

11    in my back by just doing yardwork than my

12    19-year-old son and that's because I'm wearing out

13    for better or for worse.  So we just have to keep

14    that in mind that as we age and we have

15    degenerative changes, we are more prone to injury.

16         Q.   Now, Mr. Walker in March of 2013 was in

17    his mid forties.  Based on the view of his images

18    of his spine, was he in your view have more or less

19    or about normal level of degenerative changes for

20    someone his age?

21         A.   Relatively normal.

22         Q.   You are also familiar I assume with the

23    fact that he'd had some history of problems

24    including even a surgery in his low back or lumbar

25    area down by his waist?

Tiffany Alley, A Veritext Company

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

Page 32

1           A.    I was aware of that, yes.

2           Q.    How would that relate to, if at all, the

3      problems that he presented with in 2013 that you

4      saw him for after Dr. Schiff had seen him?

5           A.    The lower back?

6           Q.    Yes.  How would the low back issues and

7      surgery, how would that affect someone with the

8      neck issues that he presented with?

9           A.    I really wouldn't tie the two together.

10     So lumbar disease is -- granted you can have lumbar

11     degenerative disc disease in there or have

12     degenerative changes in the cervical spine.  But as

13     far as the injury and pathology in the lower back,

14     it is so far removed from the neck there really

15     isn't a tie-in other than the genetic

16     predisposition that may exist for degeneration just

17     because of what your mom and your dad gave you.

18          Q.    Right.  Now, approximately how tall was

19     Mr. Walker when you first encountered him as a

20     patient?

21          A.    5 feet, 11 inches was the height he had

22     when I first saw him.

23          Q.    And the weight?

24          A.    218 pounds.

25          Q.    Let me ask you to assume that in March of

Page 32

Daniel Silcox III , M.D.                  August 17, 2016
Walker vs. Mac Acquisitions

Page 33

1          2013 that Mr. Walker went through a door at a

2          restaurant.  As he opened the door his first

3          footfall beyond the door his foot went out from

4          under him, he found himself essentially up in the

5          air, both feet up in the air, and he landed in a

6          way that he was trying to protect his lower back or

7          his lumbar back and describes his feet and upper

8          body hitting the floor and him being able to keep

9          his lower body or his rump if you will from not

10         striking the floor and experiencing something like

11         whiplash in the neck.

12                 Now, how would that in your opinion

13         relate to the kind of symptoms that he had when you

14         first saw him in June of 2013?

15         A.   So I think we have established that he

16         had preexisting degenerative changes.  And if we

17         have not, he did.  Plain x-rays showed some typical

18         degenerative changes.  I'll step out.  I did find

19         from the other attorney here that there was an MRI

20         from 2009 that did show degenerative changes in the

21         cervical spine which were seen again in the MRI

22         from June of 2013.  These produced foraminal

23         stenosis so some narrowing of the passageway where

24         the nerves are coming out at the C5-6 and C6-7

25         levels.

Tiffany Alley, A Veritext Company

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

1            So in the case of falling and whiplash

2       where the head is thrown backwards, other times it

3       is thrown forward and then backwards.  But in that

4       process a narrowed hole can become even more

5       narrowed.  Just like I said earlier, one of our

6       examination things is Spurling maneuver where we

7       had the patient lean his head or her head backwards

8       and then tilt it to the side, we're closing down

9       that hole.

10           If you do that acutely with some minor

11      trauma which is essentially the slip and fall, it

12      can pinch the nerve root and in doing so, if it is

13      hard enough, create a swelling of the nerve in this

14      little hole.  Very similar to having a ring on and

15      then slam your finger in the door, your finger

16      begins to swell up.  If you go to the emergency

17      room, they're going cut that ring off very quickly

18      because the swelling will be only aggravated by the

19      fact that there's something obstructing the blood

20      flow in and out of the finger.

21           Much is the same here, the blood flow

22      within that foramen, that little hole, begins to

23      change as the nerve swells and it is that change in

24      the blood flow that then produces a chemical change

25      in the nerve.  I'm trying to simplify that.  But

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

Page 35

1    that's what induces the pain in his arm.  That can

2    also occur when someone herniates a disc and that

3    disc fills up a space which was before open for the

4    nerve to move in.

5            And again, what's it do?  It creates

6    inflammation and a change in the blood flow.

7    Hence, that's why antiinflammatory medications are

8    used intended to shrink that inflamed and swollen

9    tissue.  Steroids are then tried if those

10   antiinflammatories don't work again to shrink the

11   inflamed tissue.  And then an epidural steroid

12   injection is putting the steroids right where the

13   problem is, again, to help shrink the inflamed

14   tissue all to help improve the blood flow in the

15   nerve root so it can return to feeling normal.  And

16   of course if it won't return to being normal, then

17   that's when the patient ends up looking at surgery.

18       Q.   Assuming the kind of fall that I

19   described to you occurred, how quickly would pain

20   or injury begin to be noticed by the person who

21   experienced that fall if in fact some injury

22   occurred?

23       A.   It could be anywhere from, you know,

24   relatively instantaneous to it could be a few days

25   or a week or so down the road.  It just depends on

Page 35

Daniel Silcox III , M.D.                August 17, 2016
Walker vs. Mac Acquisitions

Page 36

 1    how much obstruction of the blood flow and

 2    compression in the nerve occurs acutely versus over

 3    time.  And again, you know, I don't know that I can

 4    be anymore precise than that but that's just the

 5    kind of way it works.

 6          Q.   If the record shows that the fall

 7    occurred on March the 3rd and his first visit with

 8    Dr. Schiff regarding this fall was on March

 9    the 12th, would that be unusual from your

10    standpoint or within the norm?  How would you

11    characterize that?

12          A.   I am going to assume he called for an

13    appointment since we're not an emergency room, so

14    that would have taken a few days.  So the

15    chronology events are such that you're injured and

16    you call for an appointment with an doctor you have

17    already seen and you get in as soon as I can.  And

18    I think Mr. Walker would have to answer to that as

19    to how quickly he could get an appointment.

20          Q.   Going now to his current situation or at

21    least when you last saw him in 2015, what was his

22    condition then and what were his options as you

23    found them and shared them with Mr. Walker?

24          A.   So he was still having some symptoms.

25    And I'll try to see -- let's see.  Let's see if I

Page 36

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

1      can find my note here.  You probably have it --

2           Q.   July 2013 was the date of the MRI -- I'm

3      sorry, July the 13th, 2015 was the date of the MRI

4      that we looked at earlier that was about two years

5      after the surgery.

6           A.   Yeah, it looks like I saw him on ...

7                MS. TAYLOR:  You want me to give him my

8      copy?

9                MR. DEVINE:  Yeah, if you've got one

10     handy.

11          A.   With our new electronic medical record it

12     is very difficult to find notes.

13               MS. TAYLOR:  I think I just found it.

14          A.   Well, this is the, yeah, the MRI report

15     is July 13th.  And then it looks like I saw him

16     on -- my goodness, trying to find a date on these

17     is very difficult.

18     BY MR. DEVINE:

19          Q.   I think we may be able to find them on

20     the computer here.

21          A.   It is 8/3/2015.  I finally found it.

22          Q.   August the 3rd, 2015.

23          A.   Is when I saw him and that was to follow

24     up on his MRI.  And at that time I talked to him

25     about the fact that he had the disc herniation at

Tiffany Alley, A Veritext Company

800.808.4958                                    770.343.9696

Daniel Silcox III , M.D.                              August 17, 2016
Walker vs. Mac Acquisitions

Page 38

1      C7-T1 on the right.  And so this is somebody pulled

2      it up for me.

3             Q.   Yeah, we've pulled it up for you to --

4             A.   Go back over.

5             Q.   -- show the jury what was going on in

6      July of 2015.

7             A.   So when we look at this -- so this is a

8      little easier to -- this is the side view again --

9      shows the fusion that was done.  And as I go over

10     towards the center, you can see down here at C7-T1

11     this is an acute or relatively subacute, meaning

12     not necessarily yesterday but within a month or

13     two, that this is a new disc herniation here at

14     C7-T1.

15            And the reason we can tell that is it is

16     kind of a lighter gray versus the black that the

17     other disc material and/or the bone here and that

18     means it has got some inflammation in it.  This

19     cross-sectional view is easier to see here because

20     it shows the teeth and his jaw.  So again, this is

21     front, this is back, right, left.

22            And as we come down to this disc level

23     and you can see part of his fusion here.  We get

24     down to C7-T1.  And again, this is the right side,

25     this is the left side.  You can see this protrusion

Tiffany Alley, A Veritext Company

Daniel Silcox III , M.D.                August 17, 2016
Walker vs. Mac Acquisitions

Page 39

1       or herniation that is on the right-hand side at

2       C7-T1.

3            Q.   What are now and have been since you saw

4       him in July and August of 2015 are options for

5       Mr. Walker to deal with this disc herniation at

6       C7-T1?

7            A.   So at that time I believe I offered up to

8       him to get an epidural steroid injection with

9       Dr. Schiff.  And then I think he did have a nerve

10      test done also with Dr. Schiff.  The long and short

11      of it, I ended up telling him if he was bothered by

12      his symptoms enough, then additional surgery could

13      be done either as a what we call laminoforaminotomy

14      because the disc herniation is off to the side and

15      in an attempt to avoid a fusion at that level we

16      could just take the disc herniation out and open up

17      the little hole for the nerve or the other would be

18      to look at a fusion at the C7-T1 level.  So either

19      type of surgery would help relieve his pain.

20             And again, the decision to have surgery

21      would be based on his symptoms as well as the

22      findings that were then --

23           Q.   Right.

24           A.   Of course at this point he's far enough

25      out he would need to have a new MRI to verify that

Tiffany Alley, A Veritext Company

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

Page 40

1        it is still reasonable to undergo surgery.

2            Q.   Did you think that surgery was a

3        reasonable option for him as early as August of

4        2015?

5            A.   I think in August 2015 I was like try the

6        epidural first --

7            Q.   Right.

8            A.   -- because symptoms can resolve.

9            Q.   Right.

10           A.   If they did, then no surgery would be

11       necessary.

12           Q.   Do you have an opinion as to whether the

13       disc herniation at C7-T1 that he's currently

14       dealing with has any causal connection to a fall on

15       March the 3rd, 2013 at the restaurant?

16           A.   There was a previous little bone spur out

17       here on the right.  But in comparing to two MRIs,

18       this is a noticeable change that occurred.  So I

19       cannot say directly it was caused by the fall of

20       whatever the date was, March of 2013.

21           Q.   March the 3rd of 2013.  But in terms of

22       the symptomatology that he's experiencing and the

23       surgery that you did to deal with that, is there

24       any causal connection in your opinion between

25       those?

Page 40

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

Page 41

1          A.    This is probably one of the most debated

2     points of medicine is is the adjacent segment

3     disease due to the fusion or not.  And it is

4     possible.  I cannot say that it is probable but I

5     can say it is possible.

6          Q.    Now, insofar as what his choices are as

7     we sit here today, assume for a moment that he has

8     tried the steroid injection and had the nerve test

9     done and we'll talk with Dr. Schiff about that.

10    But what would his options be going forward

11    assuming that he had another MRI and it showed what

12    we're looking at as of July 2015, that the MRI

13    confirmed that he still had that condition, what

14    would his options be now?

15         A.    Really the same as I said before.  So he

16    could look at a lamino -- I mean he could have

17    epidural steroid injections again, physical therapy

18    is still available.  I mean he can redo those

19    conservative forms of treatment.  Or if he opts to

20    move forward since he's at least had one epidural,

21    he could always elect to undergo further surgery if

22    he wished to do so.

23         Q.    Or?

24         A.    Live with it.

25              MR. DEVINE:  Thank you, Doctor.

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

```
 1                      EXAMINATION

 2      BY MS. TAYLOR:

 3          Q.   Hi, Dr. Silcox.  Again, I'm Melanie

 4      Taylor and I just have a few questions for you.

 5      You gave us a tour of Mr. Walker's discs and

 6      bulging discs and nerves and bone spurs.  You're

 7      not saying that any of those conditions were caused

 8      by the fall at Macaroni Grill, correct?

 9          A.   And I think you and I talked about this

10      earlier is without me doing a head-to-head

11      comparison, my impression is more likely than not

12      the changes are more degenerative in nature

13      although there could be acute herniation at C5-6.

14      But I'd have to do head-to-head comparisons and

15      I've not had the opportunity to do that.

16          Q.   Because your first time seeing Mr. Walker

17      was after his fall, correct?

18          A.   It was.

19          Q.   And your note on July 26th states that

20      the patient told you that his symptoms started

21      after the fall, correct?

22          A.   Correct.

23          Q.   You did not independently attempt to

24      verify that or challenge it, correct?

25          A.   That's correct.
```

Tiffany Alley, A Veritext Company

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

Page 43

1          Q.   And you were not informed at that time

2     about any similar symptoms that Mr. Walker might

3     have had in 2009, correct?

4          A.   I was not aware of any.

5          Q.   Nor were you informed about any similar

6     symptoms that he had in 2010, correct?

7          A.   Correct.

8          Q.   And how about 2011?

9          A.   Correct, I was not aware of any.

10         Q.   And the purpose of your evaluation and

11    treatment was not to determine whether his fall

12    caused his symptoms or injury, correct?

13         A.   That's correct.

14         Q.   For the purposes of your treatment you

15    did not need to confirm that his symptoms started

16    after the fall, right?

17         A.   Correct.

18         Q.   So you did not need to nor did you

19    request medical records from the years prior to his

20    coming to you, correct?

21         A.   That is correct.

22         Q.   And you did not compare his MRIs from

23    before the fall with those of after the fall,

24    correct?

25         A.   I was not aware there was one before.

Tiffany Alley, A Veritext Company

800.808.4958                                        770.343.9696

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

1        Q.   So all of that is to get to this:  You

2    did not personally confirm whether Mr. Walker had

3    any of these symptoms or diagnosis before the fall,

4    correct?

5        A.   That is correct.

6        Q.   So in fact if Mr. Walker did have neck

7    pain or finger numbness before the fall in 2013,

8    you would not know that, right?

9        A.   You're correct.

10        Q.   And Mr. Walker has not returned to you

11    for treatment since October 8, 2015, correct?

12        A.   That is correct.

13           MS. TAYLOR:  I have no further questions.

14                      EXAMINATION

15    BY MR. DEVINE:

16        Q.   I have some redirect, Doctor.  In terms

17    of confirming the existence of symptoms at certain

18    points in time, how would a doctor go about doing

19    that?

20        A.   Number one, I would have to explore that.

21    Number two, I would have to have -- and we even

22    talked about this before -- if I know I'm going to

23    be doing a deposition two or three years later, I

24    probably would have asked the questions

25    differently.  But I have to admit I think as a

Tiffany Alley, A Veritext Company

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

1      doctor and that is not causal.  It is more I'm

2      there to help the patient.  And so I did not ask

3      all those questions and it is hard for him to

4      answer questions that I don't ask.  Really my

5      concern for him was to help treat his symptoms.

6          Q.   Right.  And if a patient tells you that

7      they hurt, do you have any way to confirm or prove

8      that that's not the case?

9          A.   No.

10         Q.   In your experience do people come see the

11     doctor and tell you they're hurting when they're

12     not?

13         A.   There are some that do.

14         Q.   And what about undergoing surgery?

15         A.   I hope no one would undergo surgery

16     unless they had serious discomfort.  I'm not

17     certain but I would guess probably through the

18     years there's been somebody that's had surgery that

19     wanted to legitimize their complaints.  But I think

20     that's a really weird unusual person.

21         Q.   Yeah.

22         A.   For which I will say Mr. Walker is not.

23         Q.   All right.  Let me ask about range of

24     motion following his surgery that you did on him in

25     August of 2013.

Daniel Silcox III , M.D.                          August 17, 2016
Walker vs. Mac Acquisitions

Page 46

```
  1              MS. TAYLOR:  If I may object.  I didn't

  2        ask him about that.

  3              MR. DEVINE:  Perhaps you didn't but

  4        you'll have the opportunity to redirect or recross.

  5        Your objection stands.

  6        BY MR. DEVINE:

  7           Q.  Did the surgery that you did for him

  8        affect his range of motion?

  9           A.  The surgery would affect the range of

 10        motion of a normal neck.  I think we already

 11        established he had some degenerative changes.  And

 12        unfortunately, again, I didn't examine him -- I say

 13        unfortunately only because we're doing a

 14        deposition -- but I didn't have the opportunity to

 15        ever examine him before he had the injury, so I

 16        really couldn't make comment on what kind of range

 17        of motion he had before.

 18              But in the sense of doing a two-level

 19        fusion, it takes away about 15 percent of the

 20        motion of a normal spine.  So he did have some

 21        motion still in those areas.  So how much

 22        additional loss of motion that occurred is almost

 23        hard to quantify.  But certainly it did occur.

 24           Q.  If he decides to go forward with another

 25        surgery involving a fusion, would you expect that
```

Page 46

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

Page 47

1        to further reduce his range of motion?

2            A.   It will.  It will probably, again

3        assuming a normal spine, it would take away about 7

4        and a half to 8 percent of the extremes of his

5        motion.  Because each disc level imparts about 7

6        and a half to 8 percent of the motion of the spine.

7            Q.   And just in terms of mobility of the

8        neck, what sort of activities does that limitation

9        impact?

10           A.   That's more symptom driven than anything

11       else.  So I mean obviously there are some things

12       that will be more difficult.  You know, if you were

13       trying to -- and I say this only because I've

14       treated professional athletes -- I did a two-level

15       fusion on a hockey player.  It is very hard to

16       skate and look back when you're skating because I

17       guess we all know hockey they skate backwards.  So

18       that makes it more difficult for things like that.

19       But knowing that he's not going to do that.

20               But otherwise, no symptoms of pain means

21       he can participate in anything he likes.  And the

22       flipside is is, you know, Peyton Manning had a

23       single level fusion in his neck and he won the

24       Super Bowl.  So a fusion in and of itself can

25       impart significant stability to the neck to allow

Tiffany Alley, A Veritext Company
800.808.4958                                    770.343.9696

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

Page 48

1      someone to resume their normal activities.  But

2      again, it has to be symptom driven.  If you got

3      symptoms of pain, then I presume you'll use that

4      information and not do whatever activity is that's

5      causing the pain.  Makes a lot of sense.  On the

6      other hand, if you don't hurt, then by all means do

7      whatever you like.

8                MR. DEVINE:  Understood.  Nothing

9      further.

10               MS. TAYLOR:  Nothing further.

11               THE VIDEOGRAPHER:  This concludes the

12     video deposition of Dr. Daniel Silcox.  We're off

13     the record at 5:36 p.m.

14               (Deposition concluded at 5:35 p.m.)

15               (Signature waived)

16

17

18

19

20

21

22

23

24

25

Page 48

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

Page 49

```
 1        The following reporter and firm disclosures
      were presented by me at this proceeding for review
 2    by counsel:
 3                  REPORTER DISCLOSURES
 4        The following representations and disclosures
      are made in compliance with Georgia Law, more
 5    specifically:
          Article 10 (B) of the Rules and Regulations of
 6    the Board of Court Reporting (disclosure forms)
          OCGA Section 9-11-28 (c) (disqualification of
 7    reporter for financial interest)
          OCGA Sections 15-14-37 (a) and (b)
 8    (prohibitions against contracts except on a
      case-by-case basis).
 9

      - I am a certified court reporter in the State of
10    Georgia.
      - I am a subcontractor for Veritext Legal
11    Solutions.
      - I have been assigned to make a complete and
12    accurate record of these proceedings.
      - I have no relationship of interest in the matter
13    on which I am about to report which would
      disqualify me from making a verbatim record or
14    maintaining my obligation of impartiality in
      compliance with the Code of Professional Ethics.
15    - I have no direct contract with any party in this
      action, and my compensation is determined solely by
16    the terms of my subcontractor agreement.
17                  FIRM DISCLOSURES
18    - Veritext Legal Solutions was contacted to provide
      reporting services by the noticing or taking
19    attorney in this matter.
      - There is no agreement in place that is prohibited
20    by OCGA 15-14-37 (a) and (b).  Any case-specific
      discounts are automatically applied to all parties,
21    at such time as any party receives a discount.
      - Transcripts:  The transcript of this proceeding
22    as produced will be a true, correct, and complete
      record of the colloquies, questions, and answers as
23    submitted by the certified court reporter.
      - Exhibits:  No changes will be made to the
24    exhibits as submitted by the reporter, attorneys,
      or witnesses.
25
```

Page 49

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

Page 50

1        - Password-Protected Access:  Transcripts and

         exhibits relating to this proceeding will be

2        uploaded to a password-protected repository, to

         which all ordering parties will have access.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Tiffany Alley, A Veritext Company

800.808.4958                                      770.343.9696

Case 1:14-cv-04035-CC    Document 71-1    Filed 08/24/16    Page 52 of 65

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

Page 51

```
 1                          CERTIFICATE
 2        STATE OF GEORGIA:
          COUNTY OF FULTON:
 3
 4             I hereby certify that the foregoing transcript
          was taken down, as stated in the caption, and the
 5        colloquies, questions and answers were reduced to
          typewriting under my direction; that the transcript
 6        is a true and correct record of the evidence given
          upon said proceeding.
 7             I further certify that I am not a relative or
          employee or attorney of any party, nor am I
 8        financially interested in the outcome of this
          action.
 9             I have no relationship of interest in this
          matter which would disqualify me from maintaining
10        my obligation of impartiality in compliance with
          the Code of Professional Ethics.
11             I have no direct contract with any party in
          this action and my compensation is based solely on
12        the terms of my subcontractor agreement.
               Nothing in the arrangements made for this
13        proceeding impacts my absolute commitment to serve
          all parties as an impartial officer of the court.
14
15             This the 18th day of August, 2016.
16
17
18
               J. DAVID BROWN, CCR-B-1401
19
20
21
22
23
24
25
```

Page 51

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

Page 52

1

1              TIFFANY ALLEY, A VERITEXT COMPANY

2              FIRM CERTIFICATE AND DISCLOSURE

3

4      Tiffany Alley Veritext represents that the
       foregoing transcript as produced by our Production

5      Coordinators, Georgia Certified Notaries, is a true,
       correct and complete transcript of the colloquies,

6      questions and answers as submitted by the certified
       court reporter in this case.  Tiffany Alley Veritext

7      further represents that the attached exhibits, if any,
       are a true, correct and complete copy as submitted by

8      the certified reporter, attorneys or witness in this case;
       and that the exhibits were handled and produced exclusively

9      through our Production Coordinators, Georgia Certified
       Notaries. Copies of notarized production certificates

10     related to this proceeding are available upon request to
       litsup-ga@veritext.com.

11

       Tiffany Alley Veritext is not taking this deposition

12     under any relationship that is prohibited by
       OCGA 15-14-37(a)and(b).  Case-specific discounts are

13     automatically applied to all parties, at such time as any
       party receives a discount. Ancillary services such as

14     calendar and financial reports are available to all
       parties upon request.

15

16

17

18

19

20

21

22

23

24

25

Daniel Silcox III , M.D.
Walker vs. Mac Acquisitions

August 17, 2016

**[& - american]**                                                                Page 1

---

**&**

**&**  3:12

**0**

**04035**  1:6

**1**

**1**  2:4 6:23 7:1 17:15
  52:1
**10**  4:1 10:25 29:19
  49:5
**11**  11:25 32:21
**11th**  27:7
**12**  12:25
**12th**  11:17 26:25
  36:9
**13**  13:25
**1360**  3:13
**13th**  25:11 28:22
  37:3,15
**14**  14:25
**1401**  1:25 51:18
**15**  15:25 29:19
  46:19
**15-14-37**  49:7,20
  52:12
**15th**  27:20
**16**  16:25
**1600**  3:6
**17**  1:17 17:25
**17th**  5:6
**18**  18:25
**18th**  51:15
**19**  19:25 31:12
**1983**  6:8
**1987**  6:9
**1988**  6:11
**1992**  6:12
**1994**  6:19
**1995**  6:21
**1:14**  1:6
**1st**  7:4

**2**

**2**  2:25
**20**  20:25 29:21
**2009**  33:20 43:3
**2010**  43:6
**2011**  43:8
**2013**  8:10 11:4,15
  11:17 16:6 17:13
  27:8,13 31:16 32:3
  33:1,14,22 37:2
  40:15,20,21 44:7
  45:25
**2014**  26:25 27:20
**2015**  7:4 25:11
  28:14,16,22 29:4
  36:21 37:3,22 38:6
  39:4 40:4,5 41:12
  44:11
**2016**  1:17 5:7 51:15
**2025**  6:22
**21**  21:25
**218**  32:24
**22**  22:25
**23**  23:25
**23rd**  27:13
**24**  24:25
**25**  25:25
**26**  26:25
**26th**  8:10 42:19
**27**  27:25
**28**  28:25
**29**  29:25

**3**

**3**  3:25
**30**  30:25
**30309**  3:15
**30339**  3:8
**31**  31:25
**32**  32:25
**33**  33:25
**34**  34:25
**35**  35:25
**36**  36:25

**37**  37:25
**38**  38:25
**39**  39:25
**3rd**  36:7 37:22
  40:15,21

**4**

**4**  4:25 19:3
**40**  40:25
**400**  3:7
**404.671.3100**  3:16
**41**  41:25
**42**  2:9 42:25
**43**  43:25
**44**  2:8 44:25
**45**  45:25
**46**  46:25
**47**  47:25
**48**  48:25
**49**  49:25
**4:35**  1:17 5:7

**5**

**5**  2:8 5:25 32:21
**50**  50:25
**51**  51:25
**55**  31:9
**5505**  1:19
**5:35**  48:14
**5:36**  48:13

**6**

**6**  2:4 6:25 26:8
**600**  1:21

**7**

**7**  7:25 19:4 26:8
  47:3,5
**770.434.6868**  3:9

**8**

**8**  8:25 44:11 47:4,6
**8/3/2015**  37:21
**800**  3:14

**9**

**9**  9:25
**9-11-28**  49:6

**a**

**able**  8:25 18:24 19:8
  20:6,24 33:8 37:19
**absolute**  51:13
**access**  50:1,2
**accurate**  7:5 49:12
**acquisition**  1:7 5:6
**acquisitions**  5:16
**action**  1:5 49:15
  51:8,11
**activities**  47:8 48:1
**activity**  48:4
**actual**  19:18 20:2
**acute**  38:11 42:13
**acutely**  34:10 36:2
**adam**  3:21
**additional**  39:12
  46:22
**additions**  7:6
**adequately**  17:11,19
  17:25
**adjacent**  29:15,21
  41:2
**admit**  44:25
**advice**  16:14,20
**affect**  32:7 46:8,9
**affiliated**  6:11,13,18
**affixes**  24:6
**age**  31:9,14,20
**aggravated**  34:18
**aging**  12:19
**ago**  27:2
**agreement**  49:16,19
  51:12
**ahead**  18:3 19:13,14
**air**  33:5,5
**algorithmic**  9:13
**alley**  52:1,4,6,11
**allow**  24:4 47:25
**american**  6:20

---

Daniel Silcox III , M.D.
Walker vs. Mac Acquisitions

August 17, 2016

[anatomy - called]                                                                 Page 2

anatomy   18:10
ancillary   52:13
animated   20:12
answer   9:20 36:18
    45:4
answers   49:22 51:5
    52:6
antiinflammatories
    35:10
antiinflammatory
    35:7
anymore   36:4
anyway   11:11 28:17
apart   18:24
apologize   28:4
appearances   3:1
appears   13:6 30:3
applied   49:20 52:13
appointment   36:13
    36:16,19
appropriate   9:12,18
    9:21
approximately
    32:18
area   7:9,23 10:14
    13:15 31:25
areas   12:11 14:3
    18:17 46:21
arm   8:19,22 10:14
    23:24 35:1
arrangements   51:12
arteries   18:8
article   4:1 49:5
artificial   21:8 30:1,2
arts   6:6
asked   44:24
asking   16:17
assigned   49:11
assume   29:5 31:22
    32:25 36:12 41:7
assuming   35:18
    41:11 47:3
asymptomatic   30:18
athletes   47:14

atlanta   1:2,23 3:8
    3:15
atoms   11:10
attached   52:7
attempt   39:15 42:23
attorney   33:19
    49:19 51:7
attorneys   49:24
    52:8
attritional   29:8
august   1:17 5:6 16:6
    17:13 26:25 28:17
    37:22 39:4 40:3,5
    45:25 51:15
automatically   49:20
    52:13
available   11:1 41:18
    52:10,14
avoid   39:15
aware   32:1 43:4,9
    43:25

                b

b   1:25 4:1 49:5,7,20
    51:18 52:12
bachelor   6:6
back   9:10 10:8
    11:24 13:20 14:18
    14:20 15:14 21:2,17
    22:14 23:1 24:25
    25:1,2,19 28:13
    31:11,24 32:5,6,13
    33:6,7 38:4,21
    47:16
backwards   34:2,3,7
    47:17
bad   17:3
baker   3:4 5:13,13
based   9:23 17:2
    31:17 39:21 51:11
basically   10:15 11:9
    16:12,18 27:18
basis   49:8
bean   14:17,21

began   28:11
beginning   15:5
    20:18
begins   34:16,22
behalf   3:2,10
believe   9:6 11:14
    20:4 28:10,12,16
    29:10 39:7
bendin   3:12
better   11:2,14 23:22
    28:1 31:13
beyond   33:3
bigger   12:23
bit   7:13 10:16 14:8,9
    15:1 21:16 26:13
    27:25
black   38:16
blade   20:8
block   23:12
blood   34:19,21,24
    35:6,14 36:1
board   4:2 6:19,20
    49:6
body   11:11,12 13:20
    13:21 24:8 31:6
    33:8,9
bone   10:20 13:1,3,6
    13:7 14:6,11,14,15
    14:23 15:3 18:18,23
    19:5 20:4,13,14,16
    20:19,24,24 21:4,6
    21:6,7,8,8,9,11,13
    21:16 22:19 23:5,10
    23:14 24:1,3,4,5,6
    25:17,18 26:10,16
    26:19,20 27:22
    38:17 40:16 42:6
bones   11:25 12:12
    13:4 19:6 23:22,22
    24:15,15
bony   18:10 23:19
bothered   39:11
bottom   22:8
bowl   47:24

brain   12:8,9
break   23:24
briefly   6:4
bright   12:7
bring   7:7 11:5 17:15
broken   24:1
brown   1:25 51:18
bulge   12:23,24
    14:15
bulges   12:16,17
bulging   10:20 42:6
burning   21:15
burr   20:23 21:20,22
burred   23:4

                c

c   5:1 49:6
c2   11:25
c3   11:25
c3-4   14:4
c4   12:1
c4-5   14:6
c5   12:1,15 20:4
    24:10 25:17 26:8,21
c5-6   10:22 13:4
    14:13 15:15 33:24
    42:13
c6   10:14 12:1,16
    13:2,3 15:16,19,21
    20:5 24:9,9 25:17
    26:21
c6-7   10:22 14:22
    15:14 25:17 33:24
c7   10:14 12:1 13:2
    15:4,13,21 25:21
    26:21 28:24 38:1,10
    38:14,24 39:2,6,18
    40:13
calendar   52:14
call   10:19 22:2
    36:16 39:13
called   7:18 10:7
    12:7,9 13:10 20:10
    36:12

Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

[caption - debated]                                                            Page 3

**caption** 51:4
**care** 16:1
**cartilage** 21:16
**cartilaginous** 21:17
**case** 5:4 20:4 21:3,7
  21:9,19 24:11 34:1
  45:8 49:8,8,20 52:6
  52:8,12
**cast** 23:25
**causal** 40:14,24 45:1
**caused** 40:19 42:7
  43:12
**causes** 14:16
**causing** 48:5
**cc** 1:6
**ccr** 51:18
**center** 38:10
**central** 14:15
**cerebellum** 12:9
**cerebrospinal** 12:7
**certain** 16:17 21:22
  22:11 30:5 44:17
  45:17
**certainly** 46:23
**certificate** 51:1 52:2
**certificates** 52:9
**certified** 6:20,22
  49:9,23 52:5,6,8,9
**certify** 51:4,7
**cervical** 8:1 10:5
  12:1 15:5 18:8
  32:12 33:21
**challenge** 42:24
**chance** 17:17 29:21
**change** 11:11 29:22
  31:5 34:23,23,24
  35:6 40:18
**changed** 28:2
**changes** 18:16 29:7
  30:12,19,22,24
  31:15,19 32:12
  33:16,18,20 42:12
  46:11 49:23
**characterize** 36:11

**chemical** 34:24
**chest** 11:23
**chin** 11:22
**choices** 41:6
**choose** 17:4
**chronology** 36:15
**circle** 3:6
**civil** 1:5
**clean** 22:13
**cleaned** 22:6
**clear** 9:8
**clearly** 13:7 30:8
**clinic** 6:17 8:8
**clip** 17:15 18:3
  19:10,11 21:18
**closes** 10:9
**closeup** 18:22
**closing** 34:8
**code** 49:14 51:10
**college** 6:7
**colloquies** 49:22
  51:5 52:5
**come** 8:11 14:3,6,12
  14:19,22 15:2 17:5
  38:22 45:10
**comes** 15:13 28:25
**coming** 9:15 13:23
  13:24 33:24 43:20
**comment** 46:16
**commitment** 51:13
**company** 52:1
**compare** 24:12
  43:22
**comparing** 40:17
**comparison** 42:11
**comparisons** 42:14
**compensation** 49:15
  51:11
**complaining** 8:17
**complaint** 8:23
**complaints** 9:13
  10:17 15:7,9,12,24
  27:10 45:19
**complete** 49:11,22
  52:5,7

**completed** 6:8,9,19
**completely** 14:1,19
  20:19 25:19 26:16
**complexes** 10:19
**compliance** 49:4,14
  51:10
**component** 30:4
**compressed** 15:1
**compression** 36:2
**computer** 37:20
**concern** 45:5
**concluded** 48:14
**concludes** 48:11
**condition** 9:2 36:22
  41:13
**conditions** 42:7
**confirm** 43:15 44:2
  45:7
**confirmed** 41:13
**confirming** 44:17
**connection** 40:14,24
**conservative** 9:17
  16:1 41:19
**consider** 9:12
**considered** 18:15
**consistent** 10:3
  15:12,24
**consultation** 8:13
**contacted** 49:18
**continue** 18:20 28:9
**continued** 27:14
**continuing** 16:8
**contract** 49:15
  51:11
**contracts** 49:8
**contrast** 12:13
**coordinators** 52:5,9
**copies** 52:9
**copy** 37:8 52:7
**cord** 12:5,8 13:15,25
  14:7,16 15:1 22:21
  22:23 23:2 25:15
**cornman** 19:20,21
**correct** 29:5 42:8,17
  42:21,22,24,25 43:3

43:6,7,9,12,13,17,20
43:21,24 44:4,5,9
44:11,12 49:22 51:6
52:5,7
**correlated** 15:21
**counsel** 3:1 4:4 5:9
  49:2
**county** 51:2
**course** 35:16 39:24
**court** 1:1 4:2,4 49:6
  49:9,23 51:13 52:6
**create** 34:13
**created** 19:5
**creates** 11:12 35:5
**cross** 13:17 38:19
**current** 36:20
**currently** 40:13
**curriculum** 7:3
**cursor** 11:19 18:12
  18:13
**cut** 13:18 20:9 34:17
**cutting** 20:23
**cv** 1:6 2:4

**d**

**d** 5:1
**dad** 32:17
**daniel** 1:15 5:4,19
  6:1 48:12
**dark** 12:5,11 13:5
**date** 7:7 26:23 28:14
  28:22 37:2,3,16
  40:20
**dated** 11:16 25:10
**dates** 28:7
**david** 1:3,25 3:19
  5:5,12 7:25 8:14
  29:11 51:18
**day** 51:15
**days** 35:24 36:14
**deal** 39:5 40:23
**dealing** 40:14
**death** 25:1
**debated** 41:1

Daniel Silcox III , M.D.
Walker vs. Mac Acquisitions
August 17, 2016

[decide - exhibit]                                                                                    Page 4

decide   16:25 17:8
decided   17:9
decides   46:24
decision   9:23 39:20
decreased   10:13
   15:18
decreases   22:4
defendant   1:8 3:10
   5:16
deformities   7:19,20
degenerate   30:16
degeneration   32:16
degenerative   7:17
   18:16 29:6,22 30:12
   30:19,22,24 31:15
   31:19 32:11,12
   33:16,18,20 42:12
   46:11
degree   6:9 29:6 31:2
degrees   6:6
depends   35:25
depicts   23:2
deposition   1:15 5:4
   44:23 46:14 48:12
   48:14 52:11
described   35:19
describes   33:7
description   2:3
detail   7:13
determine   9:1 17:18
   43:11
determined   49:15
developed   28:21,24
devine   2:8 3:3 5:11
   5:11,23 6:24 37:9
   37:18 41:25 44:15
   46:3,6 48:8
diagnosis   44:3
diamond   21:20
dictate   31:1
dictated   17:2
dictating   27:25
different   14:8 21:14
   28:3

differently   44:25
difficult   37:12,17
   47:12,18
dig   27:6
direct   49:15 51:11
direction   11:11 51:5
directly   40:19
disc   7:18 10:19
   12:13,16,24,25 13:5
   13:6 14:16,23 15:16
   18:11,14,15,15,16
   18:17,24 19:8,16,17
   20:2,5,7,10,15,19
   21:1,2,17 22:10,17
   22:20 23:4,9,9,11
   23:15,17 25:16,21
   26:11 28:21,24 29:9
   31:10 32:11 35:2,3
   37:25 38:13,17,22
   39:5,14,16 40:13
   47:5
disclosure   4:3 49:6
   52:2
disclosures   49:1,3,4
   49:17
discomfort   45:16
discount   49:21
   52:13
discounts   49:20
   52:12
discs   10:21 12:11
   19:3 25:18 30:1,3
   42:5,6
disease   32:10,11
   41:3
disorders   7:15
displaced   15:1
disqualification
   49:6
disqualify   49:13
   51:9
distract   18:24 19:6
distraction   23:6
distribution   15:19

district   1:1,1
division   1:2
doctor   26:24 29:1
   36:16 41:25 44:16
   44:18 45:1,11
doctorate   6:8
document   6:25 7:2
   30:17
doing   11:6 27:8
   28:11 31:9,11 34:12
   42:10 44:18,23
   46:13,18
door   33:1,2,3 34:15
dr   2:4 5:4,24 9:17
   19:20 32:4 36:8
   39:9,10 41:9 42:3
   48:12
drill   20:22
driven   47:10 48:2
due   41:3
duly   5:20
duma   3:5
dunwoody   1:19
dusting   20:14 21:12

**e**

e   5:1,1
earlier   31:3 34:5
   37:4 42:10
early   17:13 28:14
   40:3
eased   27:24
easier   38:8,19
easily   31:4
easy   28:5
edges   21:12
educate   16:24
education   6:5
effect   29:14
either   13:5 39:13,18
elaborate   8:5 9:15
   30:11
elect   41:21
electronic   37:11

emergency   34:16
   36:13
emory   6:7,7,7,9,10
   6:13,16,16,18
employee   51:7
encompasses   26:7
encountered   32:19
ended   39:11
ends   21:15 24:1
   35:17
english   3:5
enlarge   12:15
epidural   9:6,7,9
   29:11 35:11 39:8
   40:6 41:17,20
ervin   3:22
esophagus   18:9
esoteric   7:20
esq   3:3,4,11
essentially   17:7 33:4
   34:11
established   33:15
   46:11
ethics   49:14 51:10
evaluation   43:10
events   36:15
evidence   51:6
exactly   22:15
exam   9:25 15:20
examination   5:22
   10:2 34:6 42:1
   44:14
examinations   2:6
examine   46:12,15
examined   5:20
excellent   12:13
excise   19:17
excising   20:2
exclusively   52:8
excuse   9:6
exercised   16:8
exercises   16:9
exhibit   2:3,4 6:23
   7:1

Daniel Silcox III , M.D.                                  August 17, 2016
Walker vs. Mac Acquisitions

[exhibits - hard]                                                    Page 5

**exhibits** 2:1 49:23
  49:24 50:1 52:7,8
**exist** 21:6 30:1 32:16
**existence** 44:17
**existing** 24:5
**exiting** 14:4
**exits** 13:11
**expect** 46:25
**experience** 29:14
  45:10
**experienced** 35:21
**experiencing** 33:10
  40:22
**expertise** 7:24
**explain** 11:14
**explore** 44:20
**exposed** 22:21
**extra** 24:17 26:13
**extremes** 47:4
**extremity** 8:18,20
  15:10 27:11

**f**

**fact** 13:7 30:20
  31:23 34:19 35:21
  37:25 44:6
**faculty** 6:15
**failed** 9:16 15:25
**fairly** 14:11 17:11
  17:18,25
**fall** 34:11 35:18,21
  36:6,8 40:14,19
  42:8,17,21 43:11,16
  43:23,23 44:3,7
**falling** 34:1
**familiar** 31:22
**far** 9:4 27:23 32:13
  32:14 39:24
**farkas** 3:22
**farther** 26:13
**feel** 8:6 16:22 30:6
**feeling** 35:15
**feet** 32:21 33:5,7
**fellowship** 6:18

**file** 1:5
**fills** 35:3
**finally** 37:21
**financial** 49:7 52:14
**financially** 51:8
**find** 26:2 27:4 28:4
  28:7 33:18 37:1,12
  37:16,19
**findings** 9:25 10:1,3
  10:18 15:20,23,25
  39:22
**fine** 21:21
**finger** 10:16 34:15
  34:15,20 44:7
**fingers** 10:15
**finished** 6:11 25:6
**firm** 49:1,17 52:2
**first** 5:20 8:6,8,10
  12:2 17:16 32:19,22
  33:2,14 36:7 40:6
  42:16
**fit** 10:17 21:5,7,10
  23:18
**flattened** 23:10
**flipside** 47:22
**floating** 12:10 13:25
**floor** 33:8,10
**flow** 34:20,21,24
  35:6,14 36:1
**fluid** 12:8,10,12
  13:16,25
**flush** 21:5 23:18
**flushly** 21:8,10
**follow** 25:10 27:7,14
  28:10 37:23
**followed** 27:3
**following** 27:5 45:24
  49:1,4
**follows** 5:21
**foot** 33:3
**football** 31:3,8
**footfall** 33:3
**foramen** 13:10
  34:22

**foraminal** 33:22
**foregoing** 51:4 52:4
**formal** 6:5
**formed** 26:15,20
**forming** 27:22
**forms** 7:21 41:19
  49:6
**forties** 31:17
**forward** 16:15 34:3
  41:10,20 46:24
**found** 10:3 33:4
  36:23 37:13,21
**four** 24:9
**fourth** 10:16 14:6
**foy** 3:3 5:11
**fractures** 7:16
**frame** 16:6
**free** 8:6
**front** 11:23 13:20
  18:7,19 38:21
**full** 5:24
**fulton** 51:2
**function** 24:18
**further** 13:9 14:12
  14:22 15:2 26:5
  41:21 44:13 47:1
  48:9,10 51:7 52:7
**fusion** 24:3 26:15,22
  27:21 29:15 30:6
  38:9,23 39:15,18
  41:3 46:19,25 47:15
  47:23,24

**g**

**g** 1:3 3:19 5:1
**ga** 52:10
**gainesville** 6:3
**general** 6:10
**genetic** 30:3 32:15
**georgia** 1:1,23 3:8
  3:15 4:2 6:3 49:4,10
  51:2 52:5,9
**getting** 13:10 18:22
**give** 5:24 6:4 16:14
  16:20 28:3 37:7

**given** 13:7 51:6
**gives** 12:12
**go** 12:20 13:9 14:18
  15:14 18:3 19:12,14
  21:2 22:19 24:10
  27:18,23 31:9 34:16
  38:4,9 44:18 46:24
**goal** 16:24
**goes** 11:23 31:8
**going** 8:4,22 11:3,15
  13:8 16:15 17:2,15
  20:20,23 21:3,11,13
  21:23,25 22:17 23:3
  28:6 29:13 34:17
  36:12,20 38:5 41:10
  44:22 47:19
**goodness** 37:16
**grab** 20:10
**graft** 20:25 24:4
**granted** 31:7 32:10
**gray** 30:13 38:16
**great** 31:2
**green** 24:7
**grew** 6:3
**grill** 42:8
**grow** 6:2 23:22 24:2
**guaranteed** 25:2
**guess** 17:5 18:11
  45:17 47:17

**h**

**h** 1:15
**hairs** 30:13
**hal** 5:19 6:1
**half** 47:4,6
**hammer** 23:15
**hand** 8:23 10:22
  14:10,14,24 15:22
  39:1 48:6
**handled** 52:8
**handy** 37:10
**happen** 29:24
**happens** 29:25
**hard** 12:2 19:9,23
  21:22 28:7 31:10

Daniel Silcox III , M.D.
Walker vs. Mac Acquisitions

August 17, 2016

[hard - little]                                                                                    Page 6

34:13 45:3 46:23
  47:15
**harder**  13:13
**he'll**  20:9,13
**head**  10:8 13:19
  34:2,7,7 42:10,10
  42:14,14
**heal**  23:22
**healing**  27:22
**height**  19:4 23:4,8
  32:21
**help**  11:1,2,14 35:13
  35:14 39:19 45:2,5
**herniate**  31:10
**herniates**  35:2
**herniation**  15:16
  25:21 28:21,24
  29:10 37:25 38:13
  39:1,5,14,16 40:13
  42:13
**herniations**  7:18
**hi**  42:3
**high**  14:1
**higher**  29:20
**history**  15:25 31:23
**hit**  19:9,14
**hitting**  33:8
**hockey**  47:15,17
**hold**  24:1
**holding**  24:3
**hole**  13:11 15:13
  34:4,9,14,22 39:17
**holes**  24:17
**hope**  45:15
**hospitals**  6:11,14,19
**hurt**  30:18,19,25
  45:7 48:6
**hurting**  27:10 45:11

**i**

**iii**  1:15 5:19 6:1
**illustrate**  11:2
**image**  11:13 25:5,14
  25:23 26:23

**images**  25:12 31:17
**imaging**  11:8
**immobilized**  24:16
**immobilizing**  24:15
**impact**  23:15 47:9
**impacts**  51:13
**impart**  47:25
**impartial**  51:13
**impartiality**  49:14
  51:10
**imparts**  47:5
**impression**  42:11
**improve**  9:16 16:1
  27:19 28:10 35:14
**improvement**  27:5
**inches**  32:21
**include**  7:17 8:21
  9:25
**including**  31:24
**incorporate**  24:4
**increased**  28:12
  29:7
**independently**
  23:23 42:23
**index**  2:1,6
**indicative**  10:11
**induces**  35:1
**infection**  22:5
**infections**  7:16
**inflamed**  35:8,11,13
**inflammation**  35:6
  38:18
**information**  48:4
**informed**  43:1,5
**initial**  22:12
**injection**  29:11
  35:12 39:8 41:8
**injections**  9:8,9
  41:17
**injured**  30:21 31:4,7
  36:15
**injury**  29:3 31:15
  32:13 35:20,21
  43:12 46:15

**inside**  11:12 26:10
**insofar**  41:6
**instantaneous**  35:24
**instrument**  20:21
  21:14
**intended**  35:8
**interest**  49:7,12 51:9
**interested**  51:8
**interject**  10:23
**internship**  6:10
**intraoperative**
  19:18
**introduce**  5:9
**invention**  25:3
**involving**  46:25
**irrigant**  22:7
**irrigate**  22:5
**irrigating**  22:1
**irritated**  10:4,12
  15:17
**irritation**  15:21
**issues**  8:16 32:6,8

**j**

**j**  1:25 51:18
**january**  7:4 27:20
**jaw**  38:20
**joined**  26:21
**joints**  29:15
**july**  8:10 16:6 25:11
  28:16,22 37:2,3,15
  38:6 39:4 41:12
  42:19
**june**  11:4,15,17 16:6
  33:14,22
**jury**  7:12 11:2,17
  13:14 25:13 38:5

**k**

**keep**  21:11 31:13
  33:8
**kidney**  14:17,21
**kind**  11:11 17:19
  18:17 27:6,9 29:8
  33:13 35:18 36:5
  38:16 46:16

**know**  16:13 22:15
  25:4 26:1 29:24
  30:4 35:23 36:3,3
  44:8,22 47:12,17,22
**knowing**  47:19
**koetter**  3:21
**kyle**  3:4 5:13

**l**

**ladner**  3:12
**lamino**  41:16
**laminoforaminoto...**
  39:13
**landed**  33:5
**large**  14:23 28:9
**late**  28:12
**law**  49:4
**lay**  24:24
**lean**  10:7 34:7
**leave**  22:14
**left**  12:22 13:21,24
  14:25 38:21,25
**leg**  23:25
**legal**  49:10,18
**legitimize**  45:19
**level**  14:13 15:15,17
  17:22,22 20:24
  31:19 38:22 39:15
  39:18 46:18 47:5,14
  47:23
**levels**  10:23 26:7
  33:25
**ligament**  22:25,25
**lighter**  38:16
**likes**  47:21
**likewise**  24:2
**limitation**  47:8
**line**  26:13
**lisa**  3:20
**literature**  29:18
**litsup**  52:10
**little**  7:12 10:16
  12:23 13:1,3,4,13
  14:8,9,15,17,20
  15:1,3 18:18,23

Case 1:14-cv-04035-CC    Document 71-1    Filed 08/24/16    Page 60 of 65
Daniel Silcox III , M.D.                    August 17, 2016
Walker vs. Mac Acquisitions

[little - objective]                                                    Page 7

20:15,22 22:2 24:23
25:3 26:5,6,13,16
26:17 34:14,22 38:8
39:17 40:16
**live**  16:12 41:24
**llc**  1:7 3:12 5:6
**llp**  3:5
**lock**  24:25
**locking**  24:21
**logic**  31:1
**long**  9:2,4 12:6 16:3
39:10
**longer**  24:16
**longitudinal**  22:25
**look**  9:9 13:12,19
14:16 17:18 18:17
28:13 38:7 39:18
41:16 47:16
**looked**  17:10 22:16
37:4
**looking**  11:18 13:18
13:22 18:6,7,10,21
19:12,25 20:3 23:9
23:20 26:24 35:17
41:12
**looks**  12:6 14:1,7,18
14:20 15:15 22:10
22:24 23:19 27:7
37:6,15
**loose**  28:1
**loss**  46:22
**lot**  30:6,15 48:5
**low**  31:24 32:6
**lower**  32:5,13 33:6,9
**lumbar**  31:24 32:10
32:10 33:7

**m**

**m**  3:4
**m.d.**  1:15 5:19
**mac**  1:7 5:5,16
**macaroni**  42:8
**magnet**  11:9
**magnetic**  11:8

**maintaining**  49:14
51:9
**making**  27:18 49:13
**maneuver**  34:6
**manning**  47:22
**marbles**  19:22
**march**  31:16 32:25
36:7,8 40:15,20,21
**marked**  6:23,25
**markers**  26:17
**massage**  9:5
**match**  23:4,8
**material**  13:5 19:8
20:3,5,11,16,25
21:17 22:11 38:17
**matter**  7:23 49:12
49:19 51:9
**mean**  8:20 23:7
30:10,17,23 41:16
41:18 47:11
**meaning**  15:23
38:11
**means**  11:8 16:11
38:18 47:20 48:6
**mechanism**  24:21
**medical**  6:8 8:7
29:17 37:11 43:19
**medications**  35:7
**medicine**  6:16 7:10
41:2
**melanie**  3:11 5:15
42:3
**mentioned**  27:2
30:9
**metal**  22:18 23:25
26:19
**mid**  31:17
**middle**  24:19,20
**midtown**  3:14
**millimeters**  19:4
**mind**  31:14
**minor**  34:10
**minus**  18:8
**minute**  25:22

**mobility**  47:7
**mom**  32:17
**moment**  27:2 41:7
**month**  27:14 38:12
**months**  26:9
**motion**  27:17,19
30:1 45:24 46:8,10
46:17,20,21,22 47:1
47:5,6
**mouth**  19:23
**move**  35:4 41:20
**moves**  20:6
**moving**  9:14 12:21
12:22 20:8 21:23
23:23
**mri**  10:18 11:4,6,8
11:16 12:3 15:23
25:7,10 28:15,20
33:19,21 37:2,3,14
37:24 39:25 41:11
41:12
**mris**  10:1 11:1 40:17
43:22
**muscles**  18:8 27:16

**n**

**n**  5:1
**name**  5:11,13,15,25
**narrate**  18:4
**narrowed**  15:14
19:6 34:4,5
**narrowing**  10:21
14:9 15:15 33:23
**nature**  8:15 42:12
**ne**  3:13
**necessarily**  7:21
30:18 38:12
**necessary**  40:11
**neck**  8:2,21,23
11:23,24,25 13:18
14:2 15:10 25:6
27:12,15,24 28:12
32:8,14 33:11 44:6
46:10 47:8,23,25

**need**  7:6 17:5 39:25
43:15,18
**needs**  7:3 22:19
**nerve**  10:4,12,14
13:11,23,24 15:13
15:17,19,22 34:12
34:13,23,25 35:4,15
36:2 39:9,17 41:8
**nerves**  10:10,22
14:4 33:24 42:6
**new**  37:11 38:13
39:25
**nice**  14:17 23:19
25:3
**nonsurgical**  7:22
**nonsymptomatic**
30:10
**norm**  36:10
**normal**  14:1,19
18:15,15 23:4,9,11
27:9 31:19,21 35:15
35:16 46:10,20 47:3
48:1
**normally**  19:4
**northern**  1:1
**notaries**  52:5,9
**notarized**  52:9
**note**  9:3 28:4 37:1
42:19
**notes**  9:10 10:6 17:6
27:6,7 37:12
**noticeable**  40:18
**noticed**  35:20
**noticing**  27:17 49:18
**number**  9:8 17:15
44:20,21
**numbness**  8:18
15:10 44:7

**o**

**o**  5:1
**object**  46:1
**objection**  46:5
**objective**  9:25

Daniel Silcox III , M.D.
Walker vs. Mac Acquisitions

August 17, 2016

[obligation - probably]

Page 8

| | | | |
|---|---|---|---|
| **obligation** 49:14 51:10 | **p** | **passageway** 10:10 33:23 | **plate** 23:21,25 24:6 24:12,16 25:23 26:6 |
| **obstructing** 34:19 | **p** 5:1 | **passageways** 10:21 | **play** 7:24 |
| **obstruction** 36:1 | **p.m.** 1:17 5:7 48:13 48:14 | **password** 50:1,2 | **player** 47:15 |
| **obviously** 21:1 23:10 24:14 47:11 | **pa** 27:25 | **pathology** 15:11 22:12 32:13 | **players** 31:3 |
| **occur** 30:12 35:2 46:23 | **packs** 9:7 | **patient** 8:11 19:20 21:9 32:20 34:7 35:17 42:20 45:2,6 | **playing** 31:4,8 |
| **occurred** 35:19,22 36:7 40:18 46:22 | **page** 2:3,7,25 3:25 4:25 5:25 6:25 7:25 8:25 9:25 10:25 11:25 12:25 13:25 14:25 15:25 16:25 17:25 18:25 19:25 20:25 21:25 22:25 23:25 24:25 25:25 26:25 27:25 28:25 29:25 30:25 31:25 32:25 33:25 34:25 35:25 36:25 37:25 38:25 39:25 40:25 41:25 42:25 43:25 44:25 45:25 46:25 47:25 48:25 49:25 50:25 51:25 | **plaza** 3:14 |
| **occurs** 29:16 36:2 | | **patient's** 9:24 10:8 | **please** 5:9,25 |
| **ocga** 49:6,7,20 52:12 | | **patients** 16:22 | **point** 16:10 17:6 21:20,24 22:4 23:16 27:9,12 30:15 39:24 |
| **october** 27:13 44:11 | | **pattern** 10:17 | **pointer** 11:20 |
| **offered** 39:7 | | **peachtree** 1:19 3:13 8:7 | **points** 41:2 44:18 |
| **officer** 51:13 | | **people** 13:14 30:2,5 30:15 45:10 | **polymer** 21:10 |
| **old** 31:3,12 | | **percent** 29:19,21 46:19 47:4,6 | **possibility** 16:15 |
| **once** 21:1 24:21 | | **person** 35:20 45:20 | **possible** 41:4,5 |
| **ongoing** 16:2 | | **personally** 44:2 | **posterior** 22:24 27:15 |
| **oops** 19:9 | | **peyton** 47:22 | **postoperative** 27:10 |
| **open** 19:7 35:3 39:16 | | **physical** 9:5,25 10:2 15:20 16:9 27:18 41:17 | **postoperatively** 27:21 |
| **opened** 33:2 | | **pick** 19:16 21:18 | **postsurgically** 25:5 |
| **opens** 15:2 | | **picking** 27:17 | **pounds** 32:24 |
| **opinion** 8:13 29:1 33:12 40:12,24 | **pain** 8:18,23 10:11 15:10,11 16:2,12,23 16:24 27:11,12,15 27:15,23 28:12 35:1 35:19 39:19 44:7 47:20 48:3,5 | **picture** 11:12,18 12:21 13:12 19:19 22:9 26:9,12 | **powerful** 11:9 |
| **opportunity** 42:15 46:4,14 | | **pictures** 26:14 | **practicality** 16:11 |
| **option** 9:18,22 16:2 16:13 17:7 40:3 | | **piece** 21:4 22:18,19 23:14 24:18 | **practiced** 6:15 |
| **options** 16:5,8,19 36:22 39:4 41:10,14 | | **pieces** 21:6,7 22:20 | **precise** 36:4 |
| **opts** 41:19 | **paraphrase** 28:6 | **pinch** 34:12 | **predictable** 10:17 |
| **order** 16:3 20:15 | **parkwood** 3:6 | **pins** 18:23 | **predisposition** 32:16 |
| **ordering** 50:2 | **part** 12:9,18 30:4,20 38:23 | **pituitary** 20:10 | **preexisting** 29:6 33:16 |
| **originally** 6:21 | | **place** 21:3 49:19 | **preparing** 21:23 |
| **orthopaedic** 8:8 | **participate** 47:21 | **placed** 24:8 | **present** 3:17 4:5 5:9 |
| **orthopedic** 6:12,20 7:11,13 | **particular** 7:23 11:13 20:25 21:19 26:8 29:2 | **plain** 10:1 26:1 33:17 | **presented** 15:9 32:3 32:8 49:1 |
| **osteophyte** 10:19 12:25 | | **plaintiff's** 6:23 7:1 | **presume** 17:3 48:3 |
| **outcome** 51:8 | **particularly** 12:18 | **plaintiffs** 1:5 3:2 5:14 | **previous** 40:16 |
| **outlives** 16:10 | **parties** 49:20 50:2 51:13 52:13,14 | **plastic** 21:10 26:17 26:18 | **prior** 43:19 |
| **oval** 14:8,18,19 | **partner** 29:11 | | **probable** 41:4 |
| **overview** 6:5 | **partners** 8:14 | | **probably** 7:20 14:11 21:20 26:1 29:19 30:7 37:1 41:1 44:24 45:17 47:2 |
| | **party** 49:15,21 51:7 51:11 52:13 | | |

Daniel Silcox III , M.D.
Walker vs. Mac Acquisitions

August 17, 2016

**[problem - scalpel]**

Page 9

**problem** 8:2,2 15:11
  35:13
**problems** 7:21
  31:23 32:3
**proceed** 17:1
**proceeding** 4:5 49:1
  49:21 50:1 51:6,13
  52:10
**proceedings** 49:12
**process** 12:19 29:9
  34:4
**processes** 7:17
**produced** 33:22
  49:22 52:4,8
**produces** 34:24
**production** 52:4,9,9
**professional** 47:14
  49:14 51:10
**progress** 7:8
**prohibited** 49:19
  52:12
**prohibitions** 49:8
**prone** 31:15
**proper** 23:6
**proposing** 17:12
**protect** 33:6
**protected** 50:1,2
**protruding** 12:14
  14:24 25:18
**protrusion** 38:25
**prove** 45:7
**provide** 49:18
**pull** 11:13
**pulled** 38:1,3
**pulling** 25:8
**purpose** 19:1 43:10
**purposes** 43:14
**pursuant** 4:1
**push** 30:7
**pushing** 23:17
**put** 10:2 18:23 21:4
  23:24 24:24 25:23
  29:7
**putting** 23:13 35:12

**q**

**quantify** 46:23
**question** 9:21 10:25
**questions** 8:4 10:23
  42:4 44:13,24 45:3
  45:4 49:22 51:5
  52:6
**quickly** 34:17 35:19
  36:19
**quite** 9:8 14:8

**r**

**r** 1:4 3:3,18 5:1
**radiographic** 15:23
**range** 27:17,19
  45:23 46:8,9,16
  47:1
**ray** 26:1
**rays** 10:1 27:21
  30:16 33:17
**really** 16:7,10,23
  26:18 31:9 32:9,14
  41:15 45:4,20 46:16
**reason** 22:12,15
  38:15
**reasonable** 40:1,3
**reasonably** 28:11
**receive** 29:10
**received** 6:6 9:1
**receives** 49:21 52:13
**recertified** 6:21
**recognize** 7:1
**record** 5:8,25 28:3
  36:6 37:11 48:13
  49:12,13,22 51:6
**records** 8:7,25 43:19
**recreates** 10:11
**recross** 46:4
**redirect** 44:16 46:4
**redo** 41:18
**reduce** 47:1
**reduced** 51:5
**refer** 8:6
**regard** 7:24

**regarding** 16:15
  36:8
**region** 27:24
**regulations** 4:2 49:5
**relate** 32:2 33:13
**related** 52:10
**relating** 50:1
**relationship** 49:12
  51:9 52:12
**relative** 51:7
**relatively** 18:15
  27:9 31:21 35:24
  38:11
**relief** 16:3
**relieve** 39:19
**removal** 20:13
**remove** 19:8 20:11
  20:16 21:2
**removed** 19:18
  20:15 32:14
**report** 29:2 37:14
  49:13
**reporter** 4:4 49:1,3
  49:7,9,23,24 52:6,8
**reporting** 4:3 49:6
  49:18
**reports** 29:20 52:14
**repository** 50:2
**represent** 5:10,12
  5:14,16
**representations**
  49:4
**represents** 17:19
  52:4,7
**request** 43:19 52:10
  52:14
**requested** 8:14
**research** 7:8
**residency** 6:12
**residual** 22:10
**resolve** 40:8
**resonance** 11:8
**restaurant** 33:2
  40:15

**result** 21:14
**results** 27:4
**resume** 48:1
**retain** 30:1
**return** 35:15,16
**returned** 44:10
**review** 8:25 49:1
**rid** 22:1
**rifle** 28:5
**right** 8:17,19,20
  10:4,14,22 11:18
  12:22,23 13:8,21,23
  14:10,14,24,25
  15:10,11,22 26:25
  27:8,11 28:8,19
  32:18 35:12 38:1,21
  38:24 39:1,23 40:7
  40:9,17 43:16 44:8
  45:6,23
**ring** 24:23 34:14,17
**risk** 22:5 29:7,18
  30:7
**road** 1:19 35:25
**roll** 18:20 19:9,10
**rongeur** 20:10
**room** 34:17 36:13
**root** 10:12 15:13,17
  15:19 34:12 35:15
**roots** 10:4,15 15:22
**round** 24:18
**rules** 4:1 49:5
**rump** 33:9

**s**

**s** 3:11 5:1
**sandpaper** 21:21
**sandra** 1:4 3:18 5:5
**sandy** 5:12
**saw** 8:10 32:4,22
  33:14 36:21 37:6,15
  37:23 39:3
**saying** 42:7
**says** 23:6 27:23
**scalpel** 20:8

Tiffany Alley, A Veritext Company

Daniel Silcox III , M.D.
Walker vs. Mac Acquisitions
August 17, 2016

[schiff - surgeon]                                                                                    Page 10

| | | | |
|---|---|---|---|
| **schiff** 8:14 9:17 | **shoulder** 8:20,22 | **slip** 34:11 | **spurling** 10:7 34:6 |
| 29:12 32:4 36:8 | **shoulders** 27:16 | **small** 14:11 19:3 | **spurs** 10:20 18:18 |
| 39:9,10 41:9 | **show** 11:19 17:6,21 | 23:14 28:24 29:9 | 19:5 20:13,14,17 |
| **school** 6:16 | 17:25 18:13 20:14 | **snake** 12:6 | 42:6 |
| **scoliosis** 7:19 | 26:2,18 33:20 38:5 | **soft** 20:7,7,8 | **stability** 47:25 |
| **screw** 24:8,17 | **showed** 19:17 27:21 | **solely** 49:15 51:11 | **standpoint** 36:10 |
| **screws** 23:25 24:7,9 | 27:21 28:20 33:17 | **solutions** 49:11,18 | **stands** 46:5 |
| 24:10,22,24 25:2 | 41:11 | **somebody** 38:1 | **start** 9:14,14 17:17 |
| 26:8,19 | **showing** 20:12,19 | 45:18 | 18:3 31:9 |
| **second** 8:13 19:11 | 25:13 | **somewhat** 9:13 | **started** 42:20 43:15 |
| 28:3 | **shown** 26:19 | **son** 31:12 | **state** 5:10 49:9 51:2 |
| **section** 49:6 | **shows** 13:23 17:11 | **soon** 36:17 | **stated** 51:4 |
| **sectional** 13:17 | 18:12 25:5,23 26:6 | **sorry** 37:3 | **statement** 4:3 |
| 38:19 | 26:14 36:6 38:9,20 | **sort** 9:1 47:8 | **states** 1:1 42:19 |
| **sections** 49:7 | **shrink** 35:8,10,13 | **southern** 19:22 | **stenosis** 7:18 33:23 |
| **see** 8:8 9:18 11:17 | **side** 10:4,8,22 11:24 | **space** 14:5 15:4 | **step** 33:18 |
| 12:2,13,14,16,23,24 | 13:13 14:10,14,24 | 18:25 19:3,5,7 21:1 | **steroid** 9:6,7,7,9 |
| 12:25 13:7,9 14:3,7 | 15:7,22 34:8 38:8 | 22:17 23:9,15,18 | 29:11 35:11 39:8 |
| 14:13,23 17:5 18:11 | 38:24,25 39:1,14 | 26:11 35:3 | 41:8,17 |
| 19:2 20:6,7 21:11 | **sided** 15:11 | **spacer** 21:10,24 | **steroids** 35:9,12 |
| 22:20 23:18 25:16 | **sign** 10:7 | 23:2,3 | **stiffness** 30:6 |
| 26:10 31:3 36:25,25 | **signature** 48:15 | **spacers** 26:16 | **street** 3:13 |
| 36:25 38:10,19,23 | 51:18 | **spaces** 18:14 25:16 | **striking** 33:10 |
| 38:25 45:10 | **significant** 47:25 | **speaking** 7:8 | **structure** 12:6 |
| **seeing** 16:10 42:16 | **silcox** 1:15 5:4,19,24 | **specialty** 7:9 | **subacute** 38:11 |
| **seen** 15:3 32:4 33:21 | 6:1 7:1 42:3 48:12 | **specific** 8:2 49:20 | **subcontractor** 49:10 |
| 36:17 | **silcox's** 2:4 | 52:12 | 49:16 51:12 |
| **segment** 29:21 41:2 | **similar** 24:14 25:12 | **specifically** 10:6 | **submitted** 4:4 49:23 |
| **sensation** 10:13 | 34:14 43:2,5 | 49:5 | 49:24 52:6,7 |
| 15:18 | **simplest** 9:14 | **specifics** 11:10 | **subsequent** 10:18 |
| **sense** 46:18 48:5 | **simplifies** 19:15 | **spike** 13:1,3 | 26:15 |
| **september** 27:7 | **simplify** 34:25 | **spinal** 7:11,13,18,21 | **subsequently** 28:14 |
| **serious** 45:16 | **simplistic** 16:7 | 12:5,8 13:15,25 | 29:8 |
| **serve** 51:13 | **single** 17:22 47:23 | 14:7,16,25 22:21,23 | **successful** 26:22 |
| **serves** 11:20 | **sir** 6:2 | 23:2 25:15 | **sucking** 22:6 |
| **services** 49:18 52:13 | **sit** 41:7 | **spine** 6:17 7:15 8:2 | **suffer** 30:25 |
| **set** 21:1 | **situation** 36:20 | 10:5 12:22 15:5,6 | **suggest** 29:18 |
| **seven** 12:1 | **six** 26:9 | 18:8,19 23:1,1 | **suite** 1:21 3:7,14 |
| **shape** 14:18 23:11 | **size** 22:18,19 | 31:18 32:12 33:21 | **sumrall** 3:12 |
| 23:12 | **skate** 47:16,17 | 46:20 47:3,6 | **super** 47:24 |
| **shaped** 14:19 | **skating** 47:16 | **spite** 25:3 | **sure** 8:3 |
| **shared** 36:23 | **slam** 34:15 | **spread** 18:24 | **surfaces** 23:19 |
| **shavings** 22:2 | **slice** 25:14 | **spur** 13:8 14:11,14 | **surgeon** 7:14 22:11 |
| **short** 39:10 | **slicing** 12:21 | 14:15,24 15:3 40:16 | 23:13 |

Daniel Silcox III , M.D.                                        August 17, 2016
Walker vs. Mac Acquisitions

[surgery - utilized]                                                    Page 11

**surgery**  6:10,12,17
  6:21 7:11 9:18,21
  9:23 16:2,16 17:1,4
  17:9,11,16,19,22,23
  17:25 19:7,15 20:18
  20:25 22:13,16,22
  24:13 25:12,24 26:9
  27:1,3,4,5,8 28:18
  28:23 31:24 32:7
  35:17 37:5 39:12,19
  39:20 40:1,2,10,23
  41:21 45:14,15,18
  45:24 46:7,9,25
**surgical**  7:22
**susceptible**  31:7
**swear**  5:17
**swell**  34:16
**swelling**  34:13,18
**swells**  34:23
**swollen**  35:8
**sworn**  5:20
**symptom**  47:10 48:2
**symptomatic**  29:22
  29:23 30:9
**symptomatology**
  40:22
**symptoms**  9:24
  15:18 16:2,4 17:2,3
  17:4 25:20 27:23
  28:12 33:13 36:24
  39:12,21 40:8 42:20
  43:2,6,12,15 44:3
  44:17 45:5 47:20
  48:3
**system**  28:3

**t**

**t1**  15:4 25:21 28:24
  38:1,10,14,24 39:2
  39:6,18 40:13
**take**  21:3 22:17 24:9
  39:16 47:3
**taken**  36:14 51:4
**takes**  46:19

**talk**  41:9
**talked**  31:2 37:24
  42:9 44:22
**tall**  18:17 32:18
**tamp**  23:17
**taxes**  25:1
**taylor**  2:9 3:5,11
  5:15,15 37:7,13
  42:2,4 44:13 46:1
  48:10
**tear**  29:9 31:5
**teeth**  38:20
**tell**  7:12 9:3 11:6
  16:22 18:5,20 19:12
  19:25 21:22 28:6,25
  30:23 38:15 45:11
**telling**  39:11
**tells**  45:6
**term**  10:19 16:3
**terms**  30:10 40:21
  44:16 47:7 49:16
  51:12
**test**  39:10 41:8
**testified**  5:21
**thank**  41:25
**therapist**  16:10
**therapy**  9:5 16:9
  27:19 41:17
**things**  18:10 19:24
  34:6 47:11,18
**think**  17:6 19:21
  21:19 25:8 26:4,12
  28:2 30:6 31:1,2
  33:15 36:18 37:13
  37:19 39:9 40:2,5
  42:9 44:25 45:19
  46:10
**third**  14:5 21:18
**thoracic**  12:4 15:5
**thousand**  28:13
**three**  24:15 26:7
  27:14 44:23
**thrown**  34:2,3
**tie**  32:9,15

**tiffany**  52:1,4,6,11
**tighten**  24:22
**tilt**  10:8 34:8
**time**  5:7 8:12 11:3
  16:6 25:11,20 29:12
  36:3 37:24 39:7
  42:16 43:1 44:18
  49:21 52:13
**times**  6:22 34:2
**tissue**  20:7,7,8 35:9
  35:11,14
**titanium**  23:21
**today**  5:6 41:7
**told**  13:14 42:20
**tolerate**  16:12
**tongue**  11:21
**top**  13:19
**tour**  42:5
**trachea**  18:9
**training**  6:12
**transcript**  49:21
  51:4,5 52:4,5
**transcripts**  49:21
  50:1
**trapezius**  27:15,24
**trauma**  34:11
**treat**  7:15 45:5
**treated**  8:1 47:14
**treatis**  22:2
**treatment**  9:1,4,12
  9:17 41:19 43:11,14
  44:11
**trial**  21:24 23:3
**tried**  35:9 41:8
**trowel**  22:17
**true**  49:22 51:6 52:5
  52:7
**try**  36:25 40:5
**trying**  22:18 23:3,8
  23:16 26:5 33:6
  34:25 37:16 47:13
**tumors**  7:16
**turned**  25:17,18
  26:16

**turning**  26:10
**two**  6:22 9:6,6 13:19
  17:22 23:19 24:1,9
  24:10,15,17 25:11
  28:13,18,23 32:9
  37:4 38:13 40:17
  44:21,23 46:18
  47:14
**type**  17:11,25 39:19
**types**  9:17
**typewriting**  51:5
**typical**  33:17
**typically**  20:16

**u**

**ultimately**  15:20
  17:8,9,12
**unclear**  29:25
**undergo**  40:1 41:21
  45:15
**undergoing**  45:14
**undergone**  9:11
**underneath**  11:22
**understand**  8:15
  11:2 13:14
**understood**  30:8
  48:8
**undulations**  18:18
**unfortunately**  46:12
  46:13
**united**  1:1
**university**  6:7,8,9
  6:13,16,18
**unstable**  22:17
**unusual**  36:9 45:20
**updating**  7:4
**uploaded**  50:2
**upper**  8:17,20 15:10
  27:11 33:7
**use**  20:9 21:13 48:3
**usually**  20:17
**utilized**  9:5

Tiffany Alley, A Veritext Company

Daniel Silcox III , M.D.
Walker vs. Mac Acquisitions

August 17, 2016

| v | | |
|---|---|---|
| **variation** 17:24 | **want** 8:3 11:13 21:5 | 43:19 44:23 45:18 |
| **veins** 18:9 | 22:3 37:7 | **yesterday** 38:12 |
| **verbatim** 49:13 | **wanted** 9:18 45:19 | |
| **verify** 9:10 39:25 | **way** 16:7 33:6 36:5 | |
| 42:24 | 45:7 | |
| **veritext** 49:10,18 | **we've** 38:3 | |
| 52:1,4,6,11 | **wear** 29:9 30:2,5,7 | |
| **veritext.com.** 52:10 | 30:16 31:5 | |
| **vernacular** 28:1 | **wearing** 31:12 | |
| **version** 20:12 | **wedge** 23:11 | |
| **versus** 5:5 36:2 | **wednesday** 5:6 | |
| 38:16 | **week** 35:25 | |
| **vertebra** 13:2 25:15 | **weight** 32:23 | |
| **vertebrae** 12:2,4 | **weird** 45:20 | |
| **vertebral** 24:8 | **went** 33:1,3 | |
| **viable** 22:4 | **whiplash** 33:11 34:1 | |
| **video** 5:8 17:18,24 | **white** 12:7,12 13:1 | |
| 48:12 | 13:16 22:8 | |
| **videographer** 3:22 | **wilkerson** 3:20 | |
| 5:3,17 48:11 | **wish** 17:1 | |
| **videotape** 17:10 | **wished** 41:22 | |
| **videotaped** 1:15 5:3 | **witness** 5:18 52:8 | |
| **view** 11:25 13:17 | **witnesses** 49:24 | |
| 18:22 31:17,18 38:8 | **won** 47:23 | |
| 38:19 | **work** 16:20,21 | |
| **visit** 27:14 36:7 | 21:13 35:10 | |
| **vitae** 7:3 | **works** 36:5 | |
| **vs** 1:6 | **workup** 16:16,19 | |
| | **worrisome** 12:18 | |
| w | **worse** 31:13 | |
| **waist** 31:25 | **written** 4:3 | |
| **waived** 48:15 | | |
| **walker** 1:3,4 3:18,19 | x | |
| 5:5,5,12 7:25 8:1,9 | **x** 10:1 26:1 27:21 | |
| 8:10 11:3,15,16,22 | 30:16 33:17 | |
| 13:17 16:21 17:13 | | |
| 17:20 18:1 19:19 | y | |
| 21:9 25:5 31:16 | **yardwork** 31:10,11 | |
| 32:19 33:1 36:18,23 | **yeah** 8:5 18:5,13 | |
| 39:5 42:16 43:2 | 19:14 22:24 24:20 | |
| 44:2,6,10 45:22 | 26:1 28:22 37:6,9 | |
| **walker's** 8:16 13:18 | 37:14 38:3 45:21 | |
| 21:6 24:11 42:5 | **year** 6:10,15,17 27:1 | |
| | 28:10 31:12 | |
| | **years** 25:11 28:18 | |
| | 28:23 31:6 37:4 | |