## CURRICULUM VITAE

Revised: January 01, 2015

**Name:** Daniel Hal Silcox III, M.D.

**Office Address:**
Peachtree Orthopaedic Clinic
5505 Peachtree Dunwoody Road, Suite 600
Atlanta, Georgia 30342
Tel: (404) 404-1015

**E-mail Address:**
sperry@pocatlanta.com

**Birth date and Place:**

Atlanta, Georgia

**Citizenship:**
U.S.A.

**Current Titles and Affiliations:**
President and Orthopaedic Spine Surgeon
Peachtree Orthopaedic Clinic
Atlanta, Georgia

Executive Committee 2006-Present
Planning and Development Chair 2008-Present

**Previous Academic and Professional Appointments:**
Partner, Executive Shareholder, The Emory Clinic and The Emory Spine Center
1995-2001

Assistant Professor    1994-2001
Instructor    1992-1994
Department of Orthopaedic Surgery,
Emory University School of Medicine

**Previous Administrative Appointments**
Administrative Chief Resident, Orthopaedic Surgery
1991-1992

Chief of Spinal Surgery, VA Medical Center,

1



PLAINTIFF'S
EXHIBIT
1
Silcox
PENGAD 800-631-6989

Atlanta, GA 1995 – 1998


Athlete's Medical Venue Coordinator, Beach Volleyball
        Centennial Olympic Games, Atlanta, Georgia 1995-1996

Educational Director, The Emory Spine Center, 2000, 2001

Secretary-Treasurer Elect, Georgia Orthopaedic Society 2008-2009
Secretary Treasurer, Georgia Orthopaedic Society 2009-2012
President Elect, Georgia Orthopaedic Society 2012-2013
President, Georgia Orthopaedic Society 2013-Present
Doctor of the Day, Georgia State Capital, 2011, 2012, 2013

**Licensures/Boards**

4/6/89 #031834        Georgia

**Specialty Boards:**
1988    National Board of Medical Examiners
1995    American Board of Orthopaedic Surgery
2004    Re-certified, American Board of Orthopaedic Surgery

**Education:**

        1979-83        Emory University
                        Bachelor of Arts, Mathematics and Chemistry
                        Atlanta, Georgia

        1983-87        Emory University School of Medicine
                        Doctor of Medicine
                        Atlanta, Georgia

**Postgraduate Education:**

        1987-88        General Surgery Internship
                        Emory University Affiliated Hospitals
                        Atlanta, Georgia

        1988-92        Orthopaedic Surgery Residency
                        Emory University Affiliated Hospitals
                        Atlanta, Georgia

2

Silcox, Daniel Hal III

1993-94          Orthopaedic Spine Fellow
                 The Emory Clinic Spine Center
                 Atlanta, Georgia

**Committee Memberships:**

Board Georgia Orthopaedic Society 2008-present
                 President
Nominating Committee, Chair
         Georgia Orthopaedic Society, 2005
Operating Room Efficiency Committee
         Northside Hospital 2005-present
Surgical Services Committee
         Northside Hospital, January 2002-present
Surgical Case Review Committee
         Emory University Hospital 1992-1995
Nominating Committee, Georgia Orthopaedic Society Meeting, 1999

**Honors and Awards:**

Eagle Scout Award
Sports Medicine Resident of the Year 1991-1992
Third Prize, Robert P. Kelly Orthopaedic Society. "Myoelectric Prosthesis: A Long-
         Term Follow Up and Comparison of Alternate Prosthetic Use." March 1990
Principle Investigator, Stryker Stand-Alone Cage Study, 1998-2004
Clinical Investigator,  Medtronic rhBMP-2 Interbody Study
                 Medtronic LT Cage Study
                 Medtronic Posterolateral rhBMP-2 Study
                 Zimmer, Dynesys Study 2005-2012
Georgia Tobacco Use Prevention Advisory Board, March 2003- March 2004

**Society Memberships:**

Medical Association of Georgia
Southern Orthopaedic Association
Fellow American Academy of Orthopaedic Surgeons
North American Spine Society
Georgia Orthopaedic Society

**Invitations to National or International Conferences:**

1.     Silcox DH, Horton WC: North American Spine Society Meeting.    "Diurnal

3

Silcox, Daniel Hal III

Variations in Lumbar Intervertebral Disc MRI Signal Intensities." Boston, Massachusetts, July 1992.

2.     Silcox DH, Daftari TK, Boden SD, and WHITESIDES TE: Scoliosis Research Society Meeting. "The effect of nicotine on spinal fusion: an animal model" Portland, Oregon, September 1994.

3.     Silcox DH, Daftari TK, and WHITESIDES TE: Eastern Orthopaedic Association Meeting. "The effect of nicotine on spinal fusion: an animal model" Southampton, Bermuda, October 1994.

4.     Silcox DH, Daftari TK, Boden SD, Hutton WC, Schimandle JH, Whitesides TE: North American Spine Society Meeting. "The effect of nicotine on spinal fusion: an animal model" Minneapolis, Minnesota, October 1994

5.     Silcox DH, Boden SD, Schimandle J, Johnson P, Whitesides TE, Hutton WC: North American Spine Society. AReversing the inhibitory effect of nicotine on spinal fusion using an osteoinductive protein extract≅ Washington, DC, October 1995

6.     Silcox DH, Boden SD, Schimandle J, Johnson P, Whitesides TE, Hutton WC: Scoliosis Research Society Meeting, AReversing the inhibitory effect of nicotine on spinal fusion using an osteoinductive protein extract≅. Asheville, North Carolina, September 1995

7.     Silcox DH, Boden SD, Daftari TK, Whitesides TE: Federation of Spine Associations. AThe Effect of Nicotine on Spinal Fusion: An Animal Model." Orlando, Florida, February 1995

8.     Silcox DH, Boden SD, Daftari TK, Schimandle JD, Whitesides TE, Hutton WC: American Academy of Orthopaedic Surgeons: AThe Effect of Nicotine on Spinal Fusion: An Animal Model≅. Orlando, Florida, February 1995.

9.     Silcox DH: American Academy of orthopaedic Surgeons, Atlanta, Georgia A Spinal Trauma Update: Physician Assistants and Allied Health Orthopaedic Update≅. February 1996

Silcox, Daniel Hal III

10. Murrel S, Silcox DH, Volkman TK, Levine M, Gondi G: Feasibility of Transpedicular Screw Fixation in the Cervical Spine: An Anatomic Study. North American Spine Society Meeting, Vancouver, BC, October 1996

11. Silcox DH, Boden SD, Schimandle J, Johnson P, Whitesides TE, Hutton WC: "Reversing the inhibitory effect of nicotine on spinal fusion using an osteoinductive protein extract." American Academy of Orthopaedic Surgeons Annual Meeting. Atlanta, Georgia, February 1996

12. Jones LE, Heller JG, Silcox DH: American Academy of Orthopaedic Surgeons. ACervical Pedicle Screw vs. Lateral Mass Screw Biomechanical Comparison and Study of Anatomic Feasibility≅ Atlanta, Georgia, February 1996

13. Heller JG, Silcox DH, Sutterlin CE: American Academy of Orthopaedic Surgeons Annual Meeting. "Complications of posterior lateral mass plates". Atlanta, Georgia, February 1996

14. Heller JG, Silcox DH, Sutterlin CE: Federation of Spine Associations. "Complications of posterior lateral mass plates" Atlanta, Georgia, February 1996

15. Silcox DH, Boden SD, Schimandle J, Johnson P, Whitesides TE, Hutton WC: Federation of Spine Associations Meeting. "Reversing the inhibitory effect of nicotine on spinal fusion using an osteoinductive protein extract." Atlanta, Georgia, February 1996

16. Volkman TK, Silcox DH, Murrel SF, Levine MJ, Gondi G: American Academy δ Orthopaedic Surgeons 64th Annual Meeting. A Feasibility of Transpedicular screw fixation in the cervical spine: An anatomic study." San Francisco, California, February 13-17, 1997

17. Boden SD, Silcox DH, Schimandle JH, Whitesides TE, Hutton WC: American Academy of Orthopaedic Surgeons 64th Annual Meeting. A reversing the effect of nicotine on spinal fusion using an osteoinductive growth factor. San Francisco, California, February 13-17, 1997

18. Lamb D, Silcox DH, Heller JG, and HUTTON WC: Annual Meeting of the North American Spine Society. ADifferent types of atlantoaxial Fixation." New York, New York, October 1997

Silcox, Daniel Hal III

19.   Lamb DJ, Silcox DH, Heller JG, and HUTTON WC. American Academy of Orthopaedic Surgeons 65th Annual Meeting.  A Different methods of fixation for atlantoaxial instability. New Orleans, LA, March 19-23, 1998

20.   Silcox DH: Cervical Spine Research Society Instructional Course Lectures. "Tumors of the Cervical Spine" Atlanta, Georgia, December 1998.

21.   Silcox DH: 5th Annual International Interbody Fusion Meeting.  "Anterior Oblique Approach for Fusion of the Lumbar Spine."  Salzburg, Austria, May 1999.

22.   Silcox DH: 6th Annual International Interbody Fusion Meeting.  "Early clinical results of anterior lumbar interbody fusion in a randomized prospective study comparing the SAC (stand alone cage) versus the BAK cage.  Barcelona, Spain, March 2000.

23.   Silcox DH:   Cervical Spine Research Society Instructional Course Lectures. "Laminoplasty – What are the Outcomes?"  Charleston, SC, December 2000.

24.   Silcox DH:    7th Annual International Interbody Fusion Meeting. "Technique and clinical results of the Stabilis Cage." Hong Kong Province, March 2001.

25.   Silcox DH:     7th Stryker Spine Invitational Symposium. "A New Concept for ALIF Surgery: The next step in terms of Interbody Technology." Sardinia, Italy, September 2001.

26.   Silcox DH:   Cervical Spine Research Society Instructional Course Lectures. "Laminoplasty – What are the Results?"  Monterey, California, December 2001.

27.   Silcox DH:    The Stryker Spine Anterior Lumbar Spinal Meeting. "Stabilis: A new concept for ALIF applications." Biarritz, France, June 2002.

28.   Silcox DH:    The Stryker Spine Anterior Lumbar Spinal Meeting.  "Stabilis: Workshop." Biarritz, France, June 2002

29.   Silcox DH:    Infuse/Inductos: Use in Posterior Approach Lumbar Fusions—The U.S. Experience. Lausanne, Switzerland. December 2005


**Other Activities**

1.   Atlanta Clinical Society Meeting. Smoking and its effects on orthopaedic surgery.

Silcox, Daniel Hal III

        Snowmass, Colorado, March 1995

2.     Georgia Orthopaedic Society Meeting. ALaparoscopic Anterior Interbody Fusion of the Lumbar Spine.≅ Sea Island, Georgia, October 1996

3.     Atlanta Clinical Society Meeting. A Endoscopic Spinal Surgery≅ Beaver Creek, Colorado, March 1996

4.     Essentials of Primary Care for Back and Neck Problems. A Practical Guide for Survival in a Managed Care Environment, ANeck Pain -- When to Refer for Surgery and Expected Outcomes≅. Atlanta, GA. March 1996

5.     Essentials of Primary Care for Back and Neck Problems: A Practical Guide for Survival in a Managed Care Environment. APain Radiating to the Buttock and Leg Pertinent History and Physical Exam≅ Atlanta, Georgia March 1996

6.     Essentials of Primary Care for Back and Neck Problems: A Practical Guide for Survival in a Manged Care Environment. ASpinal Stenosis -- When to Refer for Surgery and Expected Outcomes.≅ Atlanta, Georgia, March 1996

6.     Eastern Orthopaedic Association 27th Annual Meeting ADo Diurnal changes in loading affect the interpretation of MRI scans of the lumbar spine? Kiwah Island, South Carolina, October 16-20, 1996

7.     Open and Minimally Invasive Surgery of the Lumbar and Thoracic Spine. Memphis, TN. December 1996

8.     Open and minimally invasive surgery of the lumbar and thoracic Spine. Memphis, TN. June 1997

9.     Essentials of Primary Care for Back and Neck Problems: A Practical Guide for Survival in a Managed Care Environment. ANeck Pain -- When to Refer for Surgery and Expected Outcomes.≅ Atlanta, Georgia, March, 1997

10.     Essentials of Primary Care for Back and Neck Problems: A Practical Guide for Survival in a Managed Care Environment. ASpinal Stenosis -- When to Refer for Surgery and Expected Outcomes.≅ Atlanta, Georgia, March, 1997

11.     Atlanta Clinical Society Meeting ACervical Myelopathy Treated with Cervical

Silcox, Daniel Hal III

Laminoplasty.  Beaver Creek, Colorado, March 1997

12.    Eastern Orthopaedic Association Meeting.  ABiomechanical Comparison of two commonly employed anterior cervical reconstruction options.≅ Kiwah Island, South Carolina, October 14-18, 1998

13.    Georgia Orthopaedic Society Meeting.  ASurgical Treatment of Cervical Spondylitic Myelopathy: Anterior vs. Posterior, Point-Counter-Point. Sea Island, Georgia, October 1998

14.    State Board of Worker=s Compensation Meeting, Atlanta, Georgia, ALumbar Interbody Fusion≅ September 1998

15.    Little Orthopaedic Society Meeting A Minimally Invasive Lumbar Spine Surgery. Atlanta, Georgia, 1999

16.    Office Orthopaedics for Primary Care. "Low Back Pain."  Atlanta, Georgia, November 19, 1999.

17.    Successful Management of Back and Neck Problems: A Guide to the Basics for Primary Care Physicians. "Neck pain: When to Refer for Surgery/Expected Outcomes" March 31, 2000.

18.    Successful Management of Back and Neck Problems: A Guide to the Basics for Primary Care Physicians. "Pertinent history and Physical Exam (HNP, Stenosis)" March 31, 2000.

19.    Successful Management of Back and Neck Problems: A Guide to the Basics for Primary Care Physicians. "Pain Radiating to the Buttock and Leg: When to Refer for Surgery/Expected Outcomes March 31, 2000.

20.    Successful Management of Back and Neck Problems: A Guide to the Basics for Primary Care Physicians. "Live Case Presentations" March 31, 2000

21.    Georgia Orthopaedic Society Meeting. "Lumbar Interbody Fusion Update." Sea Island, Georgia, October 2000.

22.    Georgia Orthopaedic Society Annual Meeting. "Point counter point: Laminoplasty versus Anterior Cervical Fusion for Treatment of Multilevel Cervical Stenosis." Sea Island, Georgia, October 2002.

Silcox, Daniel Hal III

23.  Georgia State Board of Workers Compensation Annual Meeting. "Fusion of the Spine Using Bone Morphogenetic Protein." Atlanta, Georgia, September 2004.

24.  Georgia Orthopaedic Society Annual Meeting. Non-fusion stabilization of the Lumbar Spine. Reynolds Plantation, Lake Oconee, Georgia, October 2004

25.  Current Concepts in Sports Medicine. "Athletic Injuries to the Cervical Spine." Atlanta, Georgia, February 2005

26.  Georgia Orthopaedic Society Annual Meeting. Motion Sparing Spinal Procedures of the Lumbar Spine. October 2007. Lake Oconee, Georgia

**Bibliography:**
   **Refereed**

1.  Silcox, D.H.; Rooks, M.; Vogel, R.R., Fleming, L.L.: (1993) Myoelectric Prosthesis: A Long-term Follow Up and Comparison of Alternate Prosthetic Use. J Bone Joint Surg: 75A (12): 1781-1789.

2.  Manuel S.R.; Roberson, J.R.; Silcox, D.H.; Hutton, W.C.: (1993) Two Methods of Stabilization for Intertrochanteric Hip Fractures: A Biomechanical Evaluation. Journal Southern Ortho 2:18-23.

3.  Silcox, D.H.; Horton, W.C.; Silverstein, A.M.: (1995) MRI of Lumbar Intervertebral Disc: Diurnal Variations in Signal Intensities. Spine 20(7): 807-812.

4.  Silcox, D.H.; Daftari, T.; Boden, S.D.; Schimandle, J.; Hutton, W.C.; Whitesides, T.E.: (1995) The Effect of Nicotine on Spinal Fusion: An Animal Model. Spine 20(14): 1549-53.

5.  Heller, J.G.; Silcox DH 3rd; Sutterlin C.E. 3rd. (1995) Complications of Posterior Cervical Plating. Spine 20(22) 2442-8

6.  Malko JA; Hutton WC; Giacometti AR, Kater G; Greenfield P, Boden SD; Silcox DH. (1996) Do diurnal changes in loading affect the interpretation of MRI scans of the lumbar spine? J Spinal Disord 9(2) 129-35

7.  Jones EL, Heller JG, Silcox HD; Hutton WC. (1997) Cervical pedicle screws

9

Silcox, Daniel Hal III

versus lateral mass screws. Anatomic feasibility and biomechanical comparison. Spine 22(9) 977-82

8.  Silcox DH III, Boden SD, Schimandle JH, Johnson P, Whitesides TE, Hutton WC (1998) Reversing the inhibitory effect of nicotine on spinal fusion using an osteoinductive protein extract. Spine 23(3) 291-7

9.  Edwards CE II, Heller JG, Silcox DH III. (2000) T-saw Laminplasty for the management of cervical spondylotic myelopathy clinical and radiographic outcome. Spine 25(14): 1788-1794.

**Review Articles**

1.  Silcox DH III. (1998) Laparoscopic bone dowel fusions of the lumbar spine. Orthopaedic Clinics of North America 29(4) 655-63.

**Book Chapters:**

1.  Heller JG and Silcox DH: Post Laminectomy Instability of the Cervical Spine: Etiology and Stabilization Techniques. IN: The Adult Spine. Frymoyer J, Ed. Raven Press, New York, NY 1997.

2.  Silcox DH and Whitesides TE: Injuries of the Cervico-Cranuium. IN: Skeletal Trauma: Fractures, Dislocations and Ligamentous Injuries, ED: Browner, Bruce D. St. Louis: Harcourt Health Sciences Group, 1998.

3.  Silcox DH. Cervical Instrumentation. IN: Orthopaedic Knowledge Update 6. Rosemont: American Academy of Orthopaedic Surgeons 1999

4.  Hecht AC, Silcox DH and Whitesides TE: Injuries of the Cervico-Craniuim. IN: Skeletal Trauma: Basic Science, Management, and Reconstruction, ED: Browner, Jupiter, Levine, and Trafton. Saunders, Philadelphia, PA, 2003.

5   France J, Gocke RT, Hecht AC, Silcox DH and Whitesides TE: Injuries of the cervico-Craniuim.IN:Skeletal Trauma: Basic Science, Management, and Reconstruction, ED: Browner, Jupiter, Levine, and Trafton.Saunders, Philadelphia, PA, 2009.

Silcox, Daniel Hal III

**Other**

1.  Monson, D.K. and Silcox, D.H.: (1993) Bone and Soft Tissue Sarcomas:  Patterns of Recognition and Management. Orthopaedic Transactions, 17(4): 1026, 1993-

2.  Horton WC, Silcox DH: (1995) Portal Placement in Thoracic Spine Surgery. (Poster) Scoliosis Research Meeting, Asheville NC, September

3.  Boden SD and Silcox DH: (1996) Reversing the Effect of Nicotine on Spinal Fusion Using An Osteoinductive Bone Protein Extract. (Poster) Orthopaedic Research Society Annual Meeting, February

4.  Boden SD, Silcox DH III, Schimandle JH, Whitesides TE Jr., Hutton WC. (1997) Reversing the effect of nicotine on spinal fusion using an osteoinductive growth factor (Poster) American Academy of Orthopaedic Surgeons 64th Annual Meeting, San Francisco, CA Feb 13-17, 1997.

5   Silcox DH, Heller JG, Yoon T, Jenny P: (2002) Early Clinical Results of Anterior Lumbar Interbody Fusion in a Randomized Prospective Study Comparing the Stabilis Device versus the BAK Cage.  White Paper.

6.  Tang G, Rodts G, Silcox H, Erwood S, Haid R: (2007) Interbody Fusion for Disc Disease Following Discectomy. SpineUniverse.com